UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Fort Lauderdale Division

In re:

THE FORT LAUDERDALE
BRIDGE CLUB,

Chapter 11
Case No. 13-14289-RBR

_____ Debtor. _____/

## DEBTOR IN POSSESSION'S APPLICATION
## FOR EMPLOYMENT OF ACCOUNTANT

Debtor-in-Possession, THE FORT LAUDERDALE BRIDGE CLUB, INC.("Debtor"), respectfully requests an order of the court authorizing the employment of the Mark LaFontaine and LaFontaine & Associates, Inc., to represent the debtor in this case and states:

1. On February 26, 2013, the debtor filed a voluntary petition under chapter 11 of the United States Bankruptcy Code.

2. The debtor desires to employ Mark LaFontaine and LaFontaine & Associates, Inc., as accountants in this case.

3. The debtor believes that the accountant is qualified as an accountant and is qualified to advise the debtor on its relations with, and responsibilities to, the creditors and other interested parties.

4. The professional services the accountant will render are summarized as follows:

    (a) To assist and give advice to the debtor with respect to tax and accounting matters, most specifically complete the required tax returns and filings.

5. To the best of the debtor's knowledge, neither said accountant nor said CPA firm have any connection with the creditors or other parties in interest or their respective attorneys. Neither said accountant nor said firm represent any interest adverse to the debtor. The application represented the Debtor pre-petition but is not owed any funds for pre-petition services

6. Attached to this motion is the proposed accountant's affidavit demonstrating Mark LaFontaine and LaFontaine & Associates, Inc., 5100 N. Federal Highway, #407, Fort

Lauderdale, FL 33308, are disinterested as required by 11 U.S.C. §327(a) and a verified statement as required under Bankruptcy Rule 2014. The Applicant represented the Debtor pre-petition but are not owed any pre-petition amounts from the Debtor.

The debtor respectfully requests an order authorizing retention of Mark LaFontaine and LaFontaine & Associates, Inc., on a general retainer, pursuant to 11 U.S.C. §327 and §330.

I CERTIFY that a true copy of this application was mailed on April 4, 2013, to the parties indicated below.

THE FORT LAUDERDALE BRIDGE CLUB, INC.

By: _Allen G. Boyeh_

Its: PRESIDENT

Attach or file separately a Local Rule 2002-1(F) certificate of service reflecting manner and date of service on the following parties.

Debtor
U.S. trustee
Attorney for Creditor's Committee (or
if none 20 largest unsecured creditors)
All Appearances

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                Chapter 11
THE FORT LAUDERDALE
BRIDGE CLUB, INC.,                                      Case No. 13-14289-RBR

_____Debtor._____/

## AFFIDAVIT OF PROPOSED FINANCIAL SERVICES ACCOUNTANTS, MARK LAFONTAINE AND LAFONTAINE & ASSOCIATES, INC.

STATE OF Florida )
                 ) ss
COUNTY OF Broward )

Mark LaFontaine, being duly sworn, says:

1. I have expertise in providing diverse general accounting and financial services and have performed such services for Debtor since 2011, specifically in regard to performing the required tax returns and filings.

2. I am employed by the firm of LaFontaine & Associates, Inc. with offices located at 5100 N. Federal Highway, #407, Fort Lauderdale, Florida, 33308.

3. Neither I nor the firm represent any interest adverse to the debtor, or the estate, and we are disinterested persons as required by 11 U.S.C. §327(a).

4. Myself and LaFontaine & Associates, Inc., represented the Debtor pre-petition but are not owed any funds for services provided pre-petition.

5. Except for the continuing representation of the debtor, I nor the firm has or will represent any other entity in connection with this case and neither I nor the firm will accept any fee from any other party or parties in this case, except the debtor in possession unless authorized by the Court.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Signature

MARK LAFONTAINE

Sworn to and Subscribed before
on 3-30-2013
_____
Notary Public, State of
Copies to:
All parties served with application for employment.

My Commission Expires: 3/07/2014

RONALD MILLS
NOTARY PUBLIC-STATE OF FLORIDA
MY COMMISSION #DD 968182
MY COMMISSION EXPIRES MARCH 7TH 2014

LF-17 (rev. 12/01/09)