B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  THE FORT LAUDERDALE BRIDGE CLUB, INC.
            Debtor,

Case No. 13-14289

Chapter 11

## AMENDED
## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 234,269.97 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 3,314.52 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 15 | | | |
| Total Assets | | | 234,269.97 | | |
| Total Liabilities | | | | 3,314.52 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    THE FORT LAUDERDALE BRIDGE CLUB, INC.      Case No. **13-14289**

Debtor

Chapter    **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6F (Official Form 6F) (12/07)

In re   THE FORT LAUDERDALE BRIDGE CLUB, INC.                            Case No.   13-14289
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Allen Bozek<br>c/o Polenberg Cooper Saunders & Riesberg<br>1351 Sawgrass Corporate Pkwy Suite 101<br>Fort Lauderdale, FL 33323 | | - | Indemnification from legal action | | | | Unknown |
| Account No.<br><br>Barbara August<br>c/o Luks Santaniello Petrillo & Jones<br>301 Yamato Rd Suite 1234<br>Boca Raton, FL 33431 | | - | Indemnification from legal action | | | | Unknown |
| Account No.<br><br>Barbara Tate<br>c/o Polenberg Cooper Saunders & Riesberg<br>1351 Sawgrass Corporate Pkwy Suite 101<br>Fort Lauderdale, FL 33323 | | - | Indemnification from legal action | | | | Unknown |
| Account No.<br><br>Bernace De Young<br>c/o Polenberg Cooper Saunders & Riesberg<br>1351 Sawgrass Corporate Pkwy Suite 101<br>Fort Lauderdale, FL 33323 | | - | Indemnification from legal action | | | | Unknown |

__5__ continuation sheets attached

Subtotal (Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  THE FORT LAUDERDALE BRIDGE CLUB, INC. ,  Case No. 13-14289
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Indemnification from legal action | | | | |
| Carl Conrath<br>c/o Luks Santaniello Petrillo & Jones<br>301 Yamato Rd Suite 1234<br>Boca Raton, FL 33431 | | - | | | | | Unknown |
| Account No. | | | Indemnification from legal action | | | | |
| Carl Conrath<br>c/o Polenberg Cooper Saunders & Riesberg<br>1351 Sawgrass Corporate Pkwy Suite 101<br>Fort Lauderdale, FL 33323 | | - | | | | | Unknown |
| Account No. | | | Indemnification from legal action | | | | |
| Carol Herigodt<br>c/o Luks Santaniello Petrillo & Jones<br>301 Yamato Rd Suite 1234<br>Boca Raton, FL 33431 | | - | | | | | Unknown |
| Account No. | | | Indemnification from legal action | | | | |
| Charlotte Engelman<br>c/o Luks Santaniello Petrillo & Jones<br>110 SE 6th Street 20th Floor<br>Fort Lauderdale, FL 33301 | | - | | | | | Unknown |
| Account No. | | | Indemnification from legal action | | | | |
| Charlotte Engelman<br>Luks Santaniello Petrillo & Jones<br>110 SE 6th Street 20th Floor<br>Fort Lauderdale, FL 33301 | | - | | | | | Unknown |

Sheet no. __1__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re **THE FORT LAUDERDALE BRIDGE CLUB, INC.**, Debtor

Case No. **13-14289**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-0525<br><br>Chase<br>PO Box 15153<br>Wilmington, DE 19886 | | - | Credit Card | | | | 35.00 |
| Account No. x3920<br><br>E.H. Whitson Air Conditioning Inc<br>423 South 21st Avenue<br>Hollywood, FL 33020 | | - | | | | | 563.92 |
| Account No.<br><br>Edgar Hift<br>c/o Luks Santaniello Petrillo & Jones<br>301 Yamato Rd Suite 1234<br>Boca Raton, FL 33431 | | - | Indemnification from legal action | | | | Unknown |
| Account No. xxxxx-x4094<br><br>FPL<br>GENERAL MAIL FACILITY<br>Miami, FL 33188-0001 | | - | | | | | 1,055.03 |
| Account No.<br><br>GOLDCOAST UNIT 243<br>c/o Joyce Klein<br>9599 Weldon Circle #A102<br>Tamarac, FL 33321 | | - | Unit 234 Stac Tables | | | | 1,491.00 |

Sheet no. **2** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **3,144.95**

B6F (Official Form 6F) (12/07) - Cont.

In re  **THE FORT LAUDERDALE BRIDGE CLUB, INC.** ,  Case No. __13-14289__
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Harvey Hoffenberg<br>c/o Luks Santaniello Petrillo & Jones<br>301 Yamato Rd Suite 1234<br>Boca Raton, FL 33431 | - | | Indemnification from legal action | | | | Unknown |
| Account No.<br><br>Keith Gellman<br>c/o Polenberg Cooper Saunders & Riesberg<br>1351 Sawgrass Corporate Pkwy Suite 101<br>Fort Lauderdale, FL 33323 | - | | Indemnification from legal action | | | | Unknown |
| Account No.<br><br>Mary Short<br>c/o Luks Santaniello Petrillo & Jones<br>301 Yamato Rd Suite 1234<br>Boca Raton, FL 33431 | - | | Indemnification from legal action | | | | Unknown |
| Account No. xxxx-xxxx-xxxx-0000<br><br>Office Depot<br>PO Box 689020<br>Des Moines, IA 50368 | - | | Credit Card | | | | 169.57 |
| Account No.<br><br>Polenberg Cooper Saunders & Riesberg<br>1351 Sawgrass Corporate Pkwy Suite 101<br>Fort Lauderdale, FL 33323 | - | | Legal Representation | | | | Unknown |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   169.57

B6F (Official Form 6F) (12/07) - Cont.

In re  THE FORT LAUDERDALE BRIDGE CLUB, INC.,  Case No. 13-14289
　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Robert Guida<br>c/o Luks Santaniello Petrillo & Jones<br>301 Yamato Rd Suite 1234<br>Boca Raton, FL 33431 | - | | Indemnification from legal action | | | | Unknown |
| Account No.<br><br>Robert Guida<br>c/o Polenberg Cooper Saunders & Riesberg<br>1351 Sawgrass Corporate Pkwy Suite 101<br>Fort Lauderdale, FL 33323 | - | | Indemnification from legal action | | | | Unknown |
| Account No.<br><br>Robert Guida<br>c/o Luks Santaniello Petrillo & Jones<br>110 SE 6th Street 20th Floor<br>Fort Lauderdale, FL 33301 | - | | Indemnification from legal action | | | | Unknown |
| Account No.<br><br>Robert Merrill<br>c/o Luks Santaniello Petrillo & Jones<br>301 Yamato Rd Suite 1234<br>Boca Raton, FL 33431 | - | | Indemnification from legal action | | | | Unknown |
| Account No.<br><br>Robert Merrill<br>c/o Luks Santaniello Petrillo & Jones<br>110 SE 6th Street 20th Floor<br>Fort Lauderdale, FL 33301 | - | | Indemnification from legal action | | | | Unknown |

Sheet no. **4** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **THE FORT LAUDERDALE BRIDGE CLUB, INC.**  ,  Case No. __13-14289__
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Rosemary E. Boden<br>3415 Galt Ocean Drive Box 144<br>Fort Lauderdale, FL 33308 | - | | Teacher | | | | Unknown |
| Account No.<br><br>Samuel Rosen<br>10175 Collins Ave. Apt 502<br>Bal Harbour, FL 33154 | - | | Lawsuits | X | X | X | Unknown |
| Account No.<br><br>Tom McKay<br>c/o Polenberg Cooper Saunders & Riesberg<br>1351 Sawgrass Corporate Pkwy Suite 101<br>Fort Lauderdale, FL 33323 | - | | Indemnification from legal action | | | | Unknown |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

Total (Report on Summary of Schedules)  **3,314.52**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re: **THE FORT LAUDERDALE BRIDGE CLUB, INC.**     Debtor(s)

Case No. **13-14289**
Chapter **11**

## AMENDED
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Chase<br>PO Box 15153<br>Wilmington, DE 19886 | Chase<br>PO Box 15153<br>Wilmington, DE 19886 | Credit Card | | 35.00 |
| E.H. Whitson Air Conditioning Inc<br>423 South 21st Avenue<br>Hollywood, FL 33020 | E.H. Whitson Air Conditioning Inc<br>423 South 21st Avenue<br>Hollywood, FL 33020 | | | 563.92 |
| FPL<br>GENERAL MAIL FACILITY<br>Miami, FL 33188-0001 | FPL<br>GENERAL MAIL FACILITY<br>Miami, FL 33188-0001 | | | 1,055.03 |
| GOLDCOAST UNIT 243<br>c/o Joyce Klein<br>9599 Weldon Circle #A102<br>Tamarac, FL 33321 | GOLDCOAST UNIT 243<br>c/o Joyce Klein<br>9599 Weldon Circle #A102<br>Tamarac, FL 33321 | Unit 234 Stac Tables | | 1,491.00 |
| Office Depot<br>PO Box 689020<br>Des Moines, IA 50368 | Office Depot<br>PO Box 689020<br>Des Moines, IA 50368 | Credit Card | | 169.57 |
| Polenberg Cooper Saunders & Riesberg<br>1351 Sawgrass Corporate Pkwy Suite 101<br>Fort Lauderdale, FL 33323 | Polenberg Cooper Saunders & Riesberg<br>1351 Sawgrass Corporate Pkwy Suite 101<br>Fort Lauderdale, FL 33323 | Legal Representation | | Unknown |
| Rosemary E. Boden<br>3415 Galt Ocean Drive Box 144<br>Fort Lauderdale, FL 33308 | Rosemary E. Boden<br>3415 Galt Ocean Drive Box 144<br>Fort Lauderdale, FL 33308 | Teacher | | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re  THE FORT LAUDERDALE BRIDGE CLUB, INC.      Case No. 13-14289

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____  Signature  **/s/ Allen Bozek**
                                                                                **Allen Bozek**
                                                                               **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.