UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                Case No.: 13-14289-RBR
                                                                      Chapter 11
THE FORT LAUDERDALE
BRIDGE CLUB, INC.,

     Debtor.
_____/

**CREDITOR, ROSEN'S RESPONSE TO DEBTOR'S MOTION TO ALLOW SAMUEL D. ROSEN LIMITED RELIEF FROM THE AUTOMATIC STAY AND DETERMINE THAT ARBITRATION CLAIM IS DERIVATIVE OR ALTERNATIVELY TO STAY CLAIM AND CROSS MOTION FOR MORE COMPLETE STAY RELIEF**

     COMES NOW Samuel D. Rosen ("Rosen") on his own behalf and by and through his undersigned counsel, and responds to Debtor's Motion to Allow Samuel D. Rosen Limited Relief from the Automatic Stay and Determine that Arbitration Claim is Derivative or Alternatively to Stay Claim ("Debtor's Motion for Stay Relief"), and further cross moves for more complete stay relief as set forth herein, and for cause alleges:

     1.     Rosen is substantially and practically speaking the only creditor of the Debtor.

     2.     Rosen has moved to convert this case to chapter 7 which motion is currently pending (DE #32).

     3.     Rosen has filed in support of this response and cross motion as well as in support of his Motion to Convert his Affidavit of Rosen (DE #33) which is incorporated herein by reference.

     4.     Rosen agrees with the Debtor's position as set forth in the Debtor's Motion for Stay Relief that the automatic stay should be completely lifted as to Rosen I and asserts that Rosen I should be allowed to proceed in all respects through final judgment liquidating the amount of all claims, including any appeals, save only that no collection of any such judgment against Debtor itself should be permitted pending further order of this Court.

     5.     Rosen agrees with that portion of the Debtor's Motion for Stay Relief which would allow stay relief for all purposes as to Court X of Rosen II.

6. Rosen opposes the Debtor's position as set forth in the Debtor's Motion for Stay Relief that all of the claims described as derivative claims in Rosen II and Rosen III should remain stayed and for the reasons set forth herein cross moves for full and complete stay relief as to all of what are described as the derivative claims in Rosen II and Rosen III.

7. All of the claims described as derivative claims in Rosen II and Rosen III seek relief not against the Debtor but in fact seek relief on behalf of and for the benefit of the Debtor against third parties for misappropriating the Debtor's funds.

8. While any such proceeds recovered from third parties will be property of the Debtor there is absolutely no reason why these claims against third parties should not proceed through entry of final judgment against such third parties and collection thereof in favor of Debtor.

9. Any such recoveries inure completely to the benefit of the Debtor and the Debtor-in-Possession has failed and refused to pursue such claims which failure remains part of the basis for the Motion to Convert filed by Rosen in this case (DE #32).

10. Likewise, the Debtor seeks to enforce the automatic stay as to an arbitration proceeding, denominated Rosen IV, stating that these claims are derivative in nature or alternatively seeks stay based upon this Court's "equitable powers".

11. The Court does not on purely equitable grounds have the power to stay actions against third parties and the Debtor is in fact not even a party to what is described as Rosen IV, and no relief is sought against the Debtor or on its behalf in that proceeding.

12. It is in the best interest of the creditors and the Estate that Rosen IV proceed in all respects, and to the extent stay relief is deemed necessary, Rosen moves for full and complete stay relief as to Rosen IV.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon all parties receiving service via CM/ECF on this 10th day of April, 2013.

> I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A)

                                          **RICE PUGATCH ROBINSON SCHILLER, P.A.**
                                          Co-Counsel for Samuel D. Rosen
                                          101 N.E. Third Avenue, Suite 1800
                                          Fort Lauderdale, Florida 33301
                                          Telephone:  (954) 462-8000
                                          Facsimile:   (954) 462-4300


                                        By:___/s/ Chad P. Pugatch_____
                                                 CHAD P. PUGATCH
                                                 Florida Bar No.: 220582


**CM/ECF SERVICE LIST**

- Thomas L Abrams     tabrams@tabramslaw.com, lmillspaugh@tabramslaw.com;fcolumbo@tabramslaw.com
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov


J:\WPDocs\5100 Samuel Rosen - Ft Lauderdale Bridge Club\Pleadings\Response to Debtors Motion to Allow Rosen Ltd Relief to Auto Stay v1.doc