UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                          CHAPTER 11

THE FORT LAUDERDALE                          Case No. 13-14289-RBR
BRIDGE CLUB, INC.

_____Debtor._____/

### VERIFIED STATEMENT TO ACCOMPANY UNITED STATES TRUSTEE'S APPLICATION FOR APPROVAL OF SELECTION OF APPOINTMENT OF CHAPTER 11 TRUSTEE

I, KENNETH A. WELT, the undersigned, hereby state the following under penalty of perjury, 18 U.S.C. Section 1001, as a condition of my appointment as Chapter 11 Trustee by the United States Trustee:

I have the following connections with the debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee for Region 21, and/or any person employed in the Office of the United States Trustee: NONE, except that I am on the panel of Chapter 7 Trustees in the Southern District of Florida.

Dated this /0th day of May, 2013.

_____
KENNETH A. WELT