UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

THE FORT LAUDERDALE　　　　　　　　　Case No. 13-14289-RBR
BRIDGE CLUB, INC.,　　　　　　　　　　　Chapter 11

　　　　　Debtor.
_____/

### APPLICATION FOR INTERIM AND FINAL ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MARSHALL GRANT, P.L. AS COUNSEL FOR THE TRUSTEE *NUNC PRO TUNC* TO MAY 10, 2013 ON AN INTERIM AND FINAL BASIS

　　　Kenneth Welt, the chapter 11 trustee (the "Trustee") for the above-captioned debtor (the "Debtor") hereby moves the Court pursuant to 11 U.S.C. §§ 105(a), 327(a), and 328(a), Federal Rule of Bankruptcy Procedure 2014 and Local Rules 2014-1, for entry of an order authorizing the employment of the firm Marshall Grant, P.L. as counsel for the Trustee *nunc pro tunc* to May 10, 2013, on an interim and final basis and in support thereof states as follows:

　　　1.　　On February 26, 2013, (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

　　　2.　　On May 10, 2013, Kenneth Welt was appointed as Chapter 11 trustee.

　　　3.　　The Trustee desires to employ the firm Marshall Grant, P.L. (the "Firm") as his attorneys in these cases.

　　　4.　　The Trustee believes that Marshall Grant, P.L.'s attorneys are qualified to practice in this Court and are qualified to advise the Trustee on his relations with, and responsibilities to, the creditors and other interested parties.

　　　5.　　The professional services the Firm will render are as follows:

1

(a) To give advice to the Trustee with respect to his powers and duties as trustee;

(b) To advise the Trustee with respect to his responsibilities in complying with the U.S. Trustee's Operating Guidelines and Reporting Requirements and with the rules of the Court;

(c) To prepare motions, pleadings, objections, orders, applications, adversary proceedings, and other legal documents necessary in the administration of the case

(d) To protect the interests of the Debtor in all matters pending before the Court; and

(e) To represent the Debtor and Trustee in negotiations with the Debtor's creditors in the preparation of a plan.

6. To the best of the Trustee's knowledge, none of the Firm's attorneys has any connection with the creditors or other parties in interest or their respective attorneys except as set forth in the attached affidavit. None of these attorneys nor said law firm represents any interest adverse to the Debtor or the Trustee.

7. Attached to this Motion is the proposed attorney's affidavit demonstrating that the firm is disinterested as required by 11 U.S.C. § 327(a) and a verified statement as required under Bankruptcy Rule 2014.

8. The Trustee requests that the Court enter an order on an interim basis authorizing the relief requested herein pending notice and hearing on the instant Motion.

WHEREFORE, Trustee, Kenneth Welt, respectfully requests an order (i) approving the Trustee's employment of Marshall Grant, P.L. as bankruptcy counsel *nunc pro tunc* to May 10, 2013 on an interim and final basis; and (ii) granting such other relief as is just and equitable.

Respectfully submitted,

 /s/ Kenneth A. Welt
KENNETH A. WELT
Chapter 11 Trustee

**MARSHALL GRANT, P.L.**
Proposed Attorneys for the Trustee
197 South Federal Highway, Suite 300
Boca Raton, Florida  33432
Telephone No. 561.672.7580
Facsimile No. 561.672.7581
Email:  efile@marshallgrant.com


By:   /s/ Joe M. Grant
       JOE M. GRANT
       Florida Bar No. 137758
       ADAM D. MARSHALL
       Florida Bar No. 579823
       LAWRENCE E. PECAN
       Florida Bar No. 99086