UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

THE FORT LAUDERDALE
BRIDGE CLUB, INC.,

Case No. 13-14289-RBR
Chapter 11

Debtor.
_____/

### AFFIDAVIT OF PROPOSED ATTORNEY FOR THE TRUSTEE

STATE OF            )
                    ) ss
COUNTY OF           )

Joe Grant, being duly sworn, deposes and says:

1. I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida and qualified to practice in the U.S. Bankruptcy Court for the Southern District of Florida.

2. I am a managing member of the law firm of Marshall Grant, P.L., with offices located at 197 S. Federal Highway, Boca Raton, FL 33432.

3. Neither I nor the firm represent any interest adverse to the Debtor, the Trustee, or the estate, and we are disinterested persons as required by 11 U.S.C. §327(a).

4. Except for the continuing representation of the Debtor and Trustee, neither I nor the firm has or will represent any other entity in connection with this case, and neither I nor the firm will accept any fee from any other party or parties in this case, except the Trustee.

1

FURTHER AFFIANT SAYETH NAUGHT.

                                                Joe M. Grant
                                                Florida Bar No. 137758
                                                Managing Member, Marshall Grant, P.L.
                                                Proposed Attorneys for the Trustee
                                                197 South Federal Highway, Suite 300
                                                Boca Raton, Florida 33432
                                                Telephone No. 561.672.7580
                                                Facsimile No. 561.672.7581
                                                Email: jgrant@marshallgrant.com

Sworn to and Subscribed before me

on 5/10/2013.

_____        My Commission Expires:

Notary Public, State of Florida

Copies to:



Notary Public State of Florida
Sofia Villafranco
My Commission EE 845324
Expires 10/21/2016

All parties served with application for employment.

2