**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In Re:                                                  Case No. 13-14289-BKC-RBR
                                                        Chapter 11

THE FORT LAUDERDALE BRIDGE CLUB, INC.

*dba* FORT LAUDERDALE BRIDGE CLUB

_____ Debtor. /

**APPLICATION OF TRUSTEE FOR EMPLOYMENT**
**OF SONEET R. KAPILA, CPA AND**
**KAPILA & COMPANY AS ACCOUNTANTS**
***NUNC PRO TUNC* TO MAY 17, 2013**

        Kenneth A. Welt, as Trustee for the estate of the above-captioned Debtor (the

"Trustee"), applies to the court for authorization and approval of the employment of

Soneet R. Kapila, CPA and the accounting firm of Kapila & Company, Certified Public

Accountants ("Kapila") as accountants for the Trustee, *nunc pro tunc* to May 17, 2013,

and respectfully represents:

        1.    The undersigned is the duly appointed, qualified and acting Trustee in this

case.

        2.    In order for the Trustee to properly discharge his duties in this case, it is

essential that he employ accountants to assist him in tax compliance filings and other

financial matters.  The Trustee has selected Kapila because of its extensive experience

and expertise in bankruptcy and related matters.

        3.    The Trustee seeks to employ Kapila to render the following professional

services to the Trustee:

(a)   review of all financial information prepared by the Debtor or its accountants, including but not limited to a review of the Debtor's financial information as of the date of the filing of the petition, its assets and liabilities, and its secured and unsecured creditors;

(b)   review and analysis of the organizational structure of and financial interrelationships among the Debtor and its affiliates and insiders, including a review of the books of such companies or persons as may be requested;

(c)   review and analysis of transfers to and from the Debtor to third parties, both pre-petition and post-petition;

(d)   attendance at meetings with the Debtor, its creditors, the attorneys of such parties, and with federal, state, and local tax authorities, if requested;

(e)   review of the books and records of the Debtor for potential preference payments, fraudulent transfers, or any other matters that the Trustee may request;

(f)   the rendering of such other assistance in the nature of accounting services, financial consulting, valuation issues, or other financial projects as the Trustee may deem necessary.

(g)   preparation of estate tax returns.

4.   Kapila neither holds nor represents any interest adverse to the estate in the matters upon which it is to be employed, is a "disinterested person" as that term is defined by 11 U.S.C. SS 101 (14) and 327 (a) and (d), and its employment would be in the best interest of the estate and its creditors.  An affidavit in support of this application is attached hereto as Exhibit A.

5.   Kapila has agreed to perform the foregoing services at the ordinary and

usual hourly billing rates of its members who will perform services in this matter. Kapila will incur out-of-pocket disbursements in the rendition of the services for which it shall seek reimbursement. Kapila recognizes that its compensation is subject to approval and adjustment by the Court in accordance with 11 U.S.C. §330.

WHEREFORE, the Trustee respectfully requests that this Court enter an order approving the selection and employment by the Trustee of Kapila as his accountants to perform the services set forth in this Application, upon the terms and conditions set forth herein.

I HEREBY CERTIFY that a true copy of the Application of Trustee for Employment of Soneet R. Kapila, CPA and Kapila & Company as Accountants *Nunc Pro Tunc* to May 17, 2013, was delivered via CM/ECF or U.S. Mail to the U.S. Trustee's Office, Thomas L. Abrams, Esq., Debtor's Attorney and The Fort Lauderdale Bridge Club, Inc., Debtor.

DATED this 22 day of May, 2013.

Kenneth A. Welt, as Trustee for
the estate of The Fort Lauderdale
Bridge Club, Inc.
1844 N. Nob Hill Road, #615
Fort Lauderdale, FL 33322

By: _____
Kenneth A. Welt