# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### Fort Lauderdale Division
#### www.flsb.uscourts.gov

In re:                                                    Chapter 11

**THE FORT LAUDERDALE**                    Case No. 13-14289-RBR
**BRIDGE CLUB, INC.**

           Debtor.
_____/

## SUMMARY OF FINAL  APPLICATION OF GAMBERG & ABRAMS
## FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
## EXPENSES, AS COUNSEL TO THE DEBTOR IN POSSESSION
## THE FORT LAUDERDALE BRIDGE CLUB, INC.

1.     Name of applicant:     Gamberg & Abrams

2.     Role of applicant:     Counsel for Debtor In Possession

3.     Name of certifying professional:     Thomas L. Abrams

4.     Date case filed:     February 26, 2013

5.     Date of application for employment:  February    27, 2013

6.     Date of Final order approving employment:   March 13, 2013
                                              (nunc pro tunc to Petition date per D.E.14)

7.     If debtor's counsel, date of Disclosure of Compensation form:  February 26, 2013

8.     Date of this application:   **May  23, 2013**

9.     Dates of services covered:  **February 26, 2013  -  May  9, 2013**

10.    If case is chapter 7, amount trustee has on hand:          $N/A

**Fees...**

11.    Total fee requested for this period (from Exhibit 1)          $ 38,640.00

       Balance remaining in fee retainer account, not yet awarded    $ 21,354.00

13.    Fees paid or advanced for this period, by other sources        $N/A

14.    **Net amount of fee requested for this period**                **$  38,640.00**

**Expenses...**

15.   Total expense reimbursement requested for this period                                     $  2,091.91

16.   Balance remaining in expense retainer account, not yet received*              ($              )

17.   Expenses paid or advanced for this period, by other sources                    ($ 1,213.00 )*

18.   **Net amount of expense reimbursements requested for this period**           $    878.91

19.   Gross award requested for this period (#11 + #15)                                       $ 40,731.91

20.   **Net award requested for this period (#14 + #18)**                                     $ 39,518.91

21.   **If Final Fee Application, amounts of net awards requested in interim  applications but not previously awarded (total from History of Fees  and Expenses, following pages):**

                                                                                                                          $   N/A

22.   **Final fee and expense award requested (#20 + #21)**                               $  39,518.91


## History of Fees and Expenses

1.     Dates, sources, and amounts of retainers received:

| Dates | Sources | Amounts | For fees or costs |
|-------|---------|---------|-------------------|
| February 25, 2013 | The Fort Lauderdale Bridge Club | $30,000.00* | Fees and costs |

2.     Dates, sources, and amounts of third party payments received:

| Dates | Sources | Amounts | For fees or costs |
|-------|---------|---------|-------------------|

       See Above.

3.     Prior Fee Applications:

       NA


       *Pre-Petition Fees paid from pre-petition retainer which totaled $30,000.00.  After applying payment for pre-petition fees (prior to filing) and filing fee $23,000 remained as the bankruptcy retainer.

**Fee Application**

Thomas L. Abrams, counsel to the Debtor, The Fort Lauderdale Bridge Club, Inc. applies for compensation for fees for services rendered and costs incurred in this Chapter 11 proceeding by Gamberg & Abrams. This application is filed pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The exhibits attached to this application, pursuant to the Guidelines, are:

Exhibits "1-A" and "1-B"- Summary of Professional and Paraprofessional Time.

Exhibit "2" - Summary of Requested Reimbursements of Expenses.

Exhibit "3" - The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

The applicant believes that the requested fee, of $ 38,640.00 for 96.6 hours worked, is reasonable considering the twelve factors enumerated in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by In re First Colonial Corp. of America, 544 F.2d 1291 (5th Cir. 1977), as follows:

**The Time and Labor Required:** The time and labor required are reflected on the attached Exhibit "3." The representation of the Debtors required the expended time and labor due to the nature of this Chapter 11 case. The undersigned submits that the time and labor expended in representing the Debtor has been necessary and was geared to attempting to reach a resolution with Mr. Rosen as well as allowing the Debtor to operate and set the stage for a Plan of Reorganization. Due to the circumstances of this case, once it was fairly certain that an agreed resolution could not be reached at this point and time and the nature of the  disputes, and upon strong suggestion by this Court on April 16, 2013 that a Chapter 11 Trustee may be beneficial to this case, the Debtor promptly scheduled a Board Meeting and voted to file a Motion for Appointment of a Chapter 11 Trustee on April 18, 2013 and the Motion was filed on April 19, 2013. The undersigned's efforts were designed to maximize the preservation of the estate's assets, including its cash on hand and for operations to continue as smoothly as possible in order to ensure net positive monthly revenue which has occurred to date. The bankruptcy filing ceased the substantial fees being expended by the Debtor pre-petition in litigation which was depleting the estate toward no discernible positive end.

**The Skill Requisite to Perform the Services Properly:** Applicant believes it possesses the requisite skills to perform the tasks in this case described above and to date has performed them capably.

**The Preclusion of Other Employment by the Professional Due to the Acceptance of the Case:** Gamberg & Abrams is a small firm, undertaking representation of a Chapter 11 Debtors and a case such as this  requires utilization of significant resources and time of the undersigned and staff, however, there have not been any specific cases which we turned down as a result of this case.

**The Customary Fee:** The hourly fee charged by Gamberg & Abrams is the fee charged and customarily paid by its regular clients and is comparable to other firms with lawyers who have the same degree of skill and knowledge.

**Whether the Fee is Fixed or Contingent:** The representation of the Debtor in a Bankruptcy case is contingent on whether there are funds available to pay the Administrative Expenses.

**Time Limitations Imposed by the Client or Other Circumstances:** There were no significant time limitations  imposed by the client, however, the case required constant attention due to the nature of the issues and parties.

LF-89 (07/01/04)

**The Experience, Reputation, and Ability of the Professional:** Thomas L. Abrams has practiced in the area of creditors' rights and bankruptcy for the past 23 plus years and respectfully submits he has an excellent reputation as to his ability and integrity in representing his clients.

**The Undesirability of the Case:** This case was not undesirable.

**The Nature and Length of the Professional Relationship of the Client:** This matter is the only representation on behalf of the Debtor.

**Awards in Similar Cases:** The undersigned submits that the award requested in this case is commensurate with awards requested in other similar cases for comparable work performed by the Debtor's counsel.

WHEREFORE, the applicant seeks an interim award of fees in the amount of $   38,640.00 and costs in the amount of $   878.91 for a total award of $    39,518.91.

### Brief Narrative of Significant Events of Case

The significant events of the case to date:

The instant case was filed on February 26th 2013. The undersigned promptly took all the requisite actions customarily taken in Chapter 11 cases of this nature and expended significant time to attempt to reach a resolution with Mr. Rosen in regard to his claims and demands. In addition to the customary actions relating to first day motions, the IDI meeting occurred and 341 which took place on April 15, 2013, in Miami, the Debtor filed a Motion to assume the long term lease with the City of Fort Lauderdale which is a critical element of the Debtor and its ability to operate and continue to be a top Bridge Club in the nation. In addition Mr. Rosen filed a Motion to Convert to Chapter 7 and the undersigned prepared an opposition thereto.

### Activity Code Category Brief Statement

**A.**    Asset Analysis and Recovery and Sale of Assets

The undersigned expended time to review the claims of Mr. Rosen as well as the many pending derivative claims which are property of the estate.  Understanding these claims, both direct against the Debtor and derivative, was a critical aspect in order to negotiate with Mr. Rosen as well as how to move forward with a potential plan.  At the early stage of the case Limited time was also expended reviewing potential preference or fraudulent transfer claims and communicating with potential special counsel regarding same.

**B.**    Business Operations

Applicant has assisted the Debtor on business operation issues as necessary and customary.

**C.**    Case Administration

The undersigned submits the work performed for case administration was necessary and consistent with other like cases and was kept to a minimum under the circumstances.

**D.**    Claims Administration and Objections, Litigation, Settlement efforts with Mr. Rosen and communications/meetings with Mr. Rosen

This category encompasses meetings with Mr. Rosen and his counsel regarding settlement, claims, derivative claims, Mr. Rosen's claims, stay relief and matters related thereto.

**E.**    Fee/Employment Applications

The subject Fee Application is Applicant's First and Final Application in this case.

LF-89  (07/01/04)

**F.**     Litigation

The undersigned consulted with potential special counsel to review of potential and fraudulent transfer claims. Retention was forthcoming, however, was not completed due to the decision to seek a chapter 11 Trustee.

**G.**     Plan and Disclosure Statement Issues

A Plan and Disclosure Statement have not yet been filed.

**H.**     Assumption / Rejection of Contracts

The Debtor promptly filed a Motion to Assume the Lease with the City of Fort Lauderdale and has communicated with the City Attorney's office to ensure that the City is in agreement with the Motion and informed as to the hearing date, potential trustee appointment.

The undersigned certifies that he is qualified to practice before this Court pursuant to Local Rule 9010 and all other applicable rules.

Dated: _____, 2013.

Respectfully submitted,

GAMBERG & ABRAMS
*Attorneys for Debtors,*
*THE FORT LAUDERDALE BRIDGE CLUB, INC.*
1776 N. Pine Island Road, Suite 309
Fort Lauderdale, FL 33322
Telephone:     (954) 523-0900
Facsimile:     (954) 915-9016
E-mail:     tabrams@tabramslaw.com

By: _____

THOMAS L. ABRAMS, ESQUIRE
Florida Bar No. 764329

## Certification

1.      I have been designated by Gamberg & Abrams  (the "Applicant") as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines").

2.      I have read the Applicant's application for compensation and reimbursement of expenses (the "Application").  The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3.      The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.      In seeking reimbursement for the expenditures described on Exhibit 2, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum  rates permitted by the Guidelines).

5.      In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6.      The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: **NONE.**

Dated: _____, 2013.

_____
Thomas L. Abrams, Certifying Attorney

<u>Summary of Professional and</u>
<u>Paraprofessional Time</u>
<u>Total per Individual</u>
<u>for this Period Only</u>
**(EXHIBIT "1-A")**

[If this is a final application, and does not cumulate fee details from prior interim applications, then a separate Exhibit 1-A showing cumulative time summary from all applications is attached as well]

| <u>Name</u> | Partner, Associate<br><u>or Paraprofessional</u> | Year<br><u>Licensed</u> | Total<br><u>Hours</u> | Average<br>Hourly<br><u>Rate*</u> | <u>Fee</u> |
|------|------|------|------|------|------|
| Thomas L. Abrams | Partner | 1988 (FL) | <u>96.6</u> | $400.00 | $ <u>38,640.00</u> |

Blended Average Hourly Rate:

Total fees:                                                                     $    <u>N/A    </u>.00

* Indicate any changes in hourly rate and the date of such change:   None.

LF-89  (07/01/04)

7

**EXHIBIT " 1"**
<u>Summary of Professional and
Paraprofessional Time by
Activity Code Category
for this Time Period Only</u>
**(EXHIBIT "1-B")**

Activity Code: <u>Asset Analysis and Recovery</u>:

|  | <u>Name</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|---|
| Partners: | Thomas L. Abrams | $400.00 | 2.6 | $ 1040.00 |
| Associates: |  |  |  |  |
| Paralegals: |  |  |  |  |
|  | Activity Subtotal: |  |  | $ 1040.00 |

Activity Code: <u>Business Operations</u>:

|  | <u>Name</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|---|
| Partners: | Thomas L. Abrams | $400.00 | 21.3 | $ 8520.00 |
| Associates: |  |  |  |  |
| Paralegals: |  |  |  |  |
|  | Activity Subtotal: |  |  | $ 8520.00 |

Activity Code: <u>Case Administration</u>:

|  | <u>Name</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|---|
| Partners: | Thomas L. Abrams | $400.00 | 11.6 | $ 4640.00 |
| Associates: |  |  |  |  |
| Paralegals: |  |  |  |  |
|  | Activity Subtotal: |  |  | $ 4640.00 |

Activity Code: <u>Claims Administration and Objections</u>:

|  | <u>Name</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|---|
| Partners: | Thomas L. Abrams | $400.00 | 49.6 | $   19840.00 |
| Paralegals: |  |  |  |  |
|  | Activity Subtotal: |  |  | $   19840.00 |

LF-89  (07/01/04)

8

Activity Code: Fee/Employment Applications::

| | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Partners: | Thomas L. Abrams | $400.00 | 6.4 | $ 2560.00 |
| Associates: | | | | |
| Paralegals: | | | | |
| | Activity Subtotal: | | | $ 2560.00 |

Activity Code: Litigation:

| | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Partners: | Thomas L. Abrams | $400.00 | N/A | $ 0.00 |
| Associates: | | | | |
| Paralegals: | | | | |
| | Activity Subtotal: | | | $ 0.00 |

Activity Code: Plan and Disclosure Statement:

| | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Partners: | Thomas L. Abrams | $400.00 | 00.0 | $ 0.00 |
| Associates: | | | | |
| Paralegals: | | | | |
| | Activity Subtotal: | | | $ 0.00 |

Activity Code: Lease Assumption / Rejection:

| | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Partners: | Thomas L. Abrams | $400.00 | 5.1 | $ 2040.00 |
| Associates: | | | | |
| Paralegals: | | | | |
| | Activity Subtotal: | | | $ 2040.00 |

LF-89  (07/01/04)

**EXHIBIT "2"**
<u>Summary of Requested Reimbursement Of Expenses</u>
<u>for this Time Period Only</u>

[If this is a final application which does not cumulate prior interim applications, a separate summary showing cumulative expenses for all applications is attached as well]

| | | | |
|---|---|---|---|
| 1. | Filing Fees | $ | 1243.00* |
| 2. | Process Service Fees | $ | |
| 3. | Witness Fees | $ | |
| 4. | Court Reporter Fees and Transcripts | $ | |
| 5. | Lien and Title Searches | $ | |
| 6. | Photocopies | | |
| | (a) In-house copies | $ | 465.29 |
| | (b) Outside copies | $ | N/A |
| 7. | Postage | $ | 383.62 |
| 8. | Overnight Delivery Charges | $ | |
| 9. | Outside Courier/Messenger Services | $ | |
| 10. | Long Distance Telephone Charges | $ | |
| 11. | Long Distance Fax Transmissions | | |
| | (copies at $1/page) | $ | |
| 12. | Computerized Research | $ | |
| 13. | Out-of-Southern-District-of-Florida Travel | $ | |
| | (a) Transportation ($_____) | | |
| | (b) Lodging ($_____) | | |
| | (c) Meals ($_____) | | |
| 14. | Other Permissible Expenses (must specify and justify) | $ | |
| | (a) ($_____)* | | |
| | (b) ($_____)** | | |

**Total Expense Reimbursement Requested**          $   <u>**2,091.91**</u>

**\*Initial Filing Fee and Amended Schedules Filing Fee**

LF-89  (07/01/04)

**EXHIBIT "3"**

**A.**    **ASSET ANALYSIS & RECOVERY** - Attorney - Thomas L. Abrams

| Date of Service | Description | Hours | Amount |
|---|---|---|---|
| 3/18/13 | Review Rosen II, Derivative Claims | 0.8 | 320.00 |
| 3/18/13 | Telephone Call with potential tax expert | 0.6 | 240.00 |
| 4/01/13 | Further review of claims regarding Tate Board seat, review law and pleadings regarding same | 0.9 | 360.00 |
| 4/09/13 | Telephone Call with Mr. Reynolds regarding analysis and pursuit of fraudulent transfers and preference | 0.2 | 80.00 |
| 4/22/13 | Draft e-mail to Mr. Christy regarding coverage issues | 0.1 | 40.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total** | | **2.6** | **$1040.00** |

**B.**    **BUSINESS OPERATIONS** - Attorney - Thomas L. Abrams

| Date of Service | Description | Hours | Amount |
|---|---|---|---|
| 2/27/13 | Telephone Call with Fran; Follow up Calls and e-mails with Fran regarding operations, utilities, payments and bank accounts | 0.9 | 360.00 |
| 2/27/13 | Telephone Call with Mr. Gellman regarding Financial issues | 0.3 | 120.00 |

LF-89  (07/01/04)

| 2/27/13 | Draft Motions regarding utility procedures; Review and Revise same | 0.8 | 320.00 |
|---------|-------------------------------------------------------------------|-----|--------|
| 2/27/13 | Draft Motions regarding payment of contractors, employee | 0.7 | 280.00 |
| 2/28/13 | Receive and Respond to e-mail from Fran regarding bank accounts | 0.2 | 80.00 |
| 3/05/13 | Telephone Call with Mr. Bozek | 0.1 | 40.00 |
| 3/06/13 | Travel to and Attend Conference with Client regarding Status, future handling, motions, litigation, potential mediation | 1.3 | 520.00 |
| 3/06/13 | Travel to and Attend Hearings on retention, Payment of bridge club dealers, utilities | 2.1 | 840.00 |
| 3/06/13 | Receive and Draft Orders, finalize same | 0.3 | 120.00 |
| 3/06/13 | Receive e-mail from Fran regarding Payment to dealers, respond to same | 0.1 | 40.00 |
| 3/07/13 | Travel to and Attend Meeting with Board and Board Meeting | 2.6 | 1040.00 |
| 3/08/13 | Review and Revise Orders regarding Utility, employment | 0.4 | 160.00 |
| 3/08/13 | Telephone Call with Mr. Bozek; Follow up Call with Mr. Bozek | 0.3 | 120.00 |
| 3/11/13 | Draft proposed Order; review and revise same | 0.3 | 120.00 |
| 3/12/13 | Receive and Respond to e-mail from Fran | 0.1 | 40.00 |
| 3/13/13 | Receive and Respond to e-mail from Fran | 0.1 | 40.00 |
| 3/14/13 | Telephone Call with Mr. Bozek regarding various issues | 0.3 | 120.00 |
| 3/19/13 | Telephone Call with Mr. Bozek | 0.1 | 40.00 |

LF-89  (07/01/04)

| | | | |
|---|---|---|---|
| 3/20/13 | Draft e-mail to client regarding Board Meeting | 0.1 | 40.00 |
| 3/21/13 | Receive and respond to e-mails regarding Board Meeting | 0.1 | 40.00 |
| 3/25/13 | Telephone Call with Mr. Bozek regarding Board Meeting | 0.1 | 40.00 |
| 3/27/13 | Draft e-mail to Board regarding meeting | 0.1 | 40.00 |
| 3/28/13 | Telephone Call with Client regarding status, board meeting; Draft e-mail regarding potential agenda items | 0.3 | 120.00 |
| 3/28/13 | Attend Meeting with Board and Board of Directors Meeting | 2.3 | 920.00 |
| 4/01/13 | Receive e-mail from Fran regarding book keeping, additional creditor(AC repair) | 0.2 | 80.00 |
| 4/01/13 | Receive and Review e-mail from Keith regarding ACBL obligations | 0.3 | 120.00 |
| 4/02/13 | Telephone Call with Mr. Bozek regarding tax issues; Receive and Review 1099's Tax issue regarding payment of legal expenses and costs | 0.6 | 240.00 |
| 4/03/13 | Travel to and Attend Final Hearings on Retention and Utilities | 1.9 | 760.00 |
| 4/09/13 | Telephone Call to Mr. Kapila regarding potential expert tax opinion; Draft e-mail to Mr. Kaplia | 0.3 | 120.00 |
| 4/11/13 | Attend Board Meeting | 1.5 | 600.00 |
| 4/16/13 | Conference with Clients after hearing | 0.7 | 280.00 |
| 4/17/13 | Receive and Review e-mail regarding questions regarding Trustee and expert on case | 0.2 | 80.00 |
| 4/22/13 | Draft e-mail to carrier regarding request for coverage | 0.1 | 40.00 |
| 4/22/13 | Telephone Call with Carrier regarding coverage | 0.2 | 80.00 |

LF-89 (07/01/04)

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5/06/13 | Receive e-mail from Mr. Gellman, April income and expenses | 0.1 | 40.00 |
| 5/08/13 | Travel to Club, Conference with Client regarding transitions issues, documents | 1.2 | 480.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total** | | **21.3** | **$8520.00** |

## C.    __CASE ADMINISTRATION__ - Attorney - Thomas L. Abrams

| Date of Service | Description | Hours | Amount |
|---|---|---|---|
| 2/27/13 | Telephone Call to Trustee regarding Status, requirements | 0.2 | 80.00 |
| 2/28/13 | Telephone Call to Clerks Office regarding Hearing | 0.1 | 40.00 |
| 3/01/13 | Draft and work on Case Management Summary, Review and Revise same | 0.6 | 240.00 |
| 3/01/13 | Telephone Call with Fran regarding Status, required documentation | 0.2 | 80.00 |
| 3/01/13 | Draft Letter to U.S. Trustee | 0.1 | 40.00 |
| 3/11/13 | Receive and Respond to e-mails from Ms. Menzel regarding creditors | 0.3 | 120.00 |
| 3/15/13 | Telephone Call with Fran regarding reports | 0.2 | 80.00 |
| 3/20/13 | Telephone Call with Mr. Kronin regarding IDI Meeting | 0.2 | 80.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 3/20/13 | Review and Prepare compliance with IDI requirements | 0.6 | 240.00 |
| 3/21/13 | Receive e-mail regarding creditor, Chase | 0.1 | 40.00 |
| 3/21/13 | Review final draft of DIP Report | 0.1 | 40.00 |
| 3/25/13 | Telephone Call with Mr. Gellman regarding IDI Meeting and requisite documents and settlement issue | 0.8 | 320.00 |
| 3/26/13 | Attend Telephone IDI Meeting with U.S. Trustee | 0.4 | 160.00 |
| 4/15/13 | Conference with Mr. Gellman prior to 341 Meeting and Travel to and Attend 341 Meeting | 3.4 | 1360.00 |
| 4/19/13 | Review and Finalize Motion to Appoint Chapter 11 Trustee | 1.9 | 760.00 |
| 5/09/13 | Travel to and Attend Trustee Appointment Motion Hearing | 2.1 | 840.00 |
| 5/09/13 | Draft e-mail to Assistant U.S. Trustee regarding Trustee recommendation | 0.1 | 40.00 |
| 5/09/13 | Telephone Call with Mr. Pugatch regarding choice of Chapter 11 Trustee | 0.1 | 40.00 |
| 5/09/13 | Telephone Call with Mr. Bozek regarding entry of Order regarding Trustee | 0.1 | 40.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **Total** |  | **11.6** | **$4640.00** |

LF-89  (07/01/04)

15

D.    **CLAIMS ADMINISTRATION OR OBJECTION** - Attorney - Thomas L. Abrams

| Date of Service | Description | Hours | Amount |
|---|---|---|---|
| 2/27/13 | Telephone Call with Mr. Christy regarding pending litigation status; follow up Call with Client | 0.6 | 240.00 |
| 2/27/13 | Telephone Call with Mr. Rosen regarding Meeting | 0.1 | 40.00 |
| 2/28/13 | Travel to and Attend Meeting with Mr. Rosen | 3.9 | 1560.00 |
| 3/01/13 | Telephone Call with Mr. Christy | 0.7 | 280.00 |
| 3/01/13 | Telephone Call with Chad Pugatch | 0.7 | 280.00 |
| 3/01/13 | Telephone Call with Mr. Rosen regarding Status | 0.6 | 240.00 |
| 3/04/13 | Telephone Call from Mr. Pugatch | 0.3 | 120.00 |
| 3/05/13 | Further review of Rosen I & II | 0.9 | 360.00 |
| 3/05/13 | Telephone Call with Sandy Rosen | 1.1 | 440.00 |
| 3/05/13 | Telephone Call with Mr. Christy regarding Rosen I & Rosen II cases | 0.9 | 360.00 |
| 3/06/13 | Conference with Mr. Rosen regarding various matters | 1.4 | 560.00 |
| 3/06/13 | Telephone Call with Mr. Christy regarding status of case, meeting with Mr. Rosen | 0.4 | 160.00 |
| 3/07/13 | Travel to and Attend Meeting with Mr. Christy prior to Meeting with Mr. Rosen regarding Rosen I & II, potential mediation | 1.6 | 640.00 |
| 3/07/13 | Conference with Mr. Rosen and Mr. Christy regarding stay relief | 1.4 | 560.00 |
| 3/08/13 | Draft Agreed Motion regarding stay relief and proposed order; review and revise same | 0.6 | 240.00 |

LF-89  (07/01/04)

| 3/11/13 | Draft Letter to Mr. Rosen regarding limited stay relief | 0.4 | 160.00 |
|---------|--------------------------------------------------------|-----|--------|
| 3/11/13 | Draft Letter to Mr. Rosen regarding stay relief; Review and revise same | 0.2 | 80.00 |
| 3/11/13 | Telephone all with Mr. Christy regarding stay relief | 0.3 | 120.00 |
| 3/12/13 | Review File, Rosen III, Pleadings, Derivative claims | 1.6 | 640.00 |
| 3/12/13 | Draft Letter to Mr. Rosen | 0.9 | 360.00 |
| 3/13/13 | Telephone Call with Mr. Rosen regarding stay relief and Friday Meeting | 0.4 | 160.00 |
| 3/14/13 | Prepare for Meeting with Mr. Rosen & Mr. Pugatch; Review Rosen I, II & III | 0.8 | 320.00 |
| 3/14/13 | Receive Letter from Mr. Rosen and respond to same; Review and Revise Letter to Mr. Rosen | 0.7 | 280.00 |
| 3/15/13 | Prepare for Meeting with Mr. Pugatch & Mr. Rosen | 2.1 | 840.00 |
| 3/15/13 | Travel to and Attend Conference with Mr. Rosen and Mr. Pugatch | 2.8 | 1120.00 |
| 3/18/13 | Receive and Review Letter regarding American Arbitration Association | 0.1 | 40.00 |
| 3/19/13 | Review Fax Letter from Mr. Rosen; Draft Response | 0.9 | 360.00 |
| 3/19/13 | Telephone Call with Mr. Christy | 0.1 | 40.00 |
| 3/20/13 | Receive correspondence from Mr. Rosen | 0.2 | 80.00 |
| 3/20/13 | Receive e-mail from Mr. Christy | 0.1 | 40.00 |
| 3/20/13 | Telephone Call with Mr. Christy | 0.1 | 40.00 |
| 3/20/13 | Draft Letter to Mr. Rosen | 0.4 | 160.00 |

LF-89  (07/01/04)

| 3/26/13 | Telephone Call with Ms. Sessions, IRS regarding Fort Lauderdale Bridge Club 940 and 941s, IRS Claim | 0.2 | 80.00 |
|---------|---|---|---|
| 3/26/13 | Draft Motion for Limited Stay Relief; Review and Revise same | 1.4 | 560.00 |
| 3/27/13 | Telephone Call with Clients regarding settlement, Board Meeting directly with Mr. Rosen | 0.2 | 80.00 |
| 3/28/13 | Telephone Call with Ms. Sessions, IRS regarding 940 and 941s; Draft e-mail to Client regarding same | 0.3 | 120.00 |
| 4/01/13 | Review and Receive Stay Relief Motion | 0.3 | 120.00 |
| 4/01/13 | Telephone Call with Mr. Bozek regarding Status, Stay Relief Motion | 0.1 | 40.00 |
| 4/03/13 | Receive e-mail from Mr. Rosen, Draft Response Letter to Mr. Rosen | 0.4 | 160.00 |
| 4/05/13 | Receive Letter from Mr. Rosen | 0.2 | 80.00 |
| 4/05/13 | Draft Response Letter to Mr. Rosen | 0.3 | 120.00 |
| 4/05/13 | Receive and Review e-mail from Mr. Pugatch | 0.1 | 40.00 |
| 4/05/13 | Response to e-mail from Mr. Pugatch | 0.2 | 80.00 |
| 4/08/13 | Draft e-mail to Mr. Pugatch | 0.1 | 40.00 |
| 4/08/13 | Receive and Review Letters from Mr. Rosen | 0.3 | 120.00 |
| 4/09/13 | Telephone Call with Mr. Christy | 0.3 | 120.00 |
| 4/09/13 | Draft e-mail to mr. Christy regarding separate counsel | 0.2 | 80.00 |
| 4/10/13 | Draft Letter to Mr. Pugatch and Rosen | 0.4 | 160.00 |
| 4/10/13 | Telephone Call with Mr. Rosen | 0.4 | 160.00 |

LF-89  (07/01/04)

| 4/11/13 | Receive and Review Motion to Convert and Affidavit of Mr. Rosen; Review case law cited | 1.1 | 440.00 |
|---|---|---|---|
| 4/11/13 | Receive and Review response to stay relief | 0.4 | 160.00 |
| 4/11/13 | Draft e-mail to client regarding Motion to Convert and stay relief filed by Mr. Rosen | 0.1 | 40.00 |
| 4/11/13 | Telephone Call with Mr. Bozek regarding Motion to Convert and Stay Relief | 0.4 | 160.00 |
| 4/12/13 | Review Exhibit "A" regarding document request of Mr. Rosen | 0.1 | 40.00 |
| 4/16/13 | Prepare for, travel to and attend hearing on stay issues | 2.3 | 920.00 |
| 4/16/13 | Telephone Call with Mr. Pugatch and receive e-mail from Mr. Pugatch regarding documents | 0.3 | 120.00 |
| 4/17/13 | Draft opposition to Motion to Convert/Dismiss; Review case law cited by Mr. Rosen; Review and Revise same | 4.7 | 1880.00 |
| 4/17/13 | Review and Revise opposition to Cross Motion for Stay Relief | 0.8 | 320.00 |
| 4/18/13 | Review and Revise Opposition to Motion to Convert | 2.4 | 960.00 |
| 4/18/13 | Attend Meeting with the Board and Emergency Board Meeting regarding Motion to Convert, related issues | 1.8 | 720.00 |
| 4/18/13 | Draft and Receive e-mail from Mr. Pugatch regarding deposition dates | 0.2 | 80.00 |
| 4/18/13 | Telephone Call with Mr. Rosen regarding Settlement | 0.4 | 160.00 |
| 4/18/13 | Receive and Review Correspondence from Mr. Rosen | 0.3 | 120.00 |
| 4/19/13 | Draft Letter to Mr. Rosen | 0.2 | 80.00 |

LF-89  (07/01/04)

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 4/19/13 | Telephone Call from Mr. Rosen regarding Settlement letter | 0.4 | 160.00 |
| 4/19/13 | Telephone Call with Mr. Pugatch regarding status | 0.1 | 40.00 |
| 4/19/13 | Receive and Respond to emails with Mr. Pugatch | 0.3 | 120.00 |
| 4/22/13 | Receive and Respond to e-mail from Mr. Pugatch | 0.1 | 40.00 |
| 4/29/13 | Draft renewed Motion for Determination that Arbitration Claim is Derivative | 0.4 | 160.00 |
| 5/08/13 | Receive e-mail from Mr. Rosen to Mr. Christy | 0.1 | 40.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **Total** |  | **49.6** | **$19840.00** |

**E.**    **FEE/EMPLOYMENT APPLICATIONS** - Attorney - Thomas L. Abrams

| Date of Service | Description | Hours | Amount |
|-----------------|-------------|-------|--------|
| 2/26/2013 | Draft Application for Employment, Affidavit; Review and Revise same, Related Motion | 0.9 | 360.00 |
| 2/27/13 | Review and Revise Motion regarding G& A Employment | 0.3 | 120.00 |

LF-89 (07/01/04)

| Date | Description | Hours | Amount |
|---|---|---|---|
| 2/27/13 | Review and Revise Declaration regarding Employment | 0.3 | 120.00 |
| 3/04/13 | Review Complaints/Allegations Rosen I, II, III & IV regarding Mediation, applicability of stay | 1.9 | 760.00 |
| 4/08/13 | Conference with Client regarding deposition, prospective Motion to Dismiss or convert | 1.4 | 560.00 |
| 5/09/13 | Draft First and Final Fee Application; Review and Revise same | 1.6 | 640.00 |
| | | | |
| | | | |
| **Total** | | **6.4** | **$2560.00** |

**F.**     **LITIGATION** - Attorney - Thomas L. Abrams-**See Category D above.**

| Date of Service | Description | Hours | Amount |
|---|---|---|---|
| | | | |
| | | | |
| **Total** | | | **$.00** |

**G.**     **PLAN AND DISCLOSURE STATEMENT** - Attorney - Thomas L. Abrams

| Date of Service | Description | Hours | Amount |
|---|---|---|---|
| | | | |
| | | | |
| **Total** | | **0.0** | **$0.00** |

LF-89  (07/01/04)

## H.    LEASE ASSUMPTION / REJECTION*

| Date of Service | Description | Hours | Amount |
|---|---|---|---|
| 3/27/13 | Draft Motion to Assume Lease with City; Review and Revise same | 0.6 | 240.00 |
| 3/28/13 | Review Lease Amendment memorandum; Draft e-mail to client regarding same | 0.3 | 120.00 |
| 4/22/13 | Research law regarding lease issues | 0.9 | 360.00 |
| 4/22/13 | Telephone Call with Assistant City Attorney regarding Lease | 0.2 | 80.00 |
| 4/23/13 | Draft e-mail to Assistant City Attorney regarding lease assumption | 0.1 | 40.00 |
| 4/23/13 | Telephone Call with Mr. Bozek regarding Lease | 0.2 | 80.00 |
| 4/23/13 | Travel to and Attend Meeting with Assistant City attorney regarding assumption of lease law related thereto | 2.3 | 920.00 |
| 5/08/13 | Telephone Call with Assistant City Attorney regarding Lease, status; Follow up call with Assistant City Attorney regarding same, trustee appointment, leases; Follow up call after hearing | 0.5 | 200.00 |
| | | | |
| | | | |
| | | | |
| **Total** | | **5.1** | **$2040.00** |

LF-89  (07/01/04)