**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

**THE FORT LAUDERDALE**
**BRIDGE CLUB, INC.,**                               Case No. 13-14289-BKC-RBR

      Debtor(s).                               Chapter 7
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the *Notice of Hearing (Re: 73 Application to Employ Soneet R. Kapila, CPA and Kapila & Company as Accountants* (D.E. #81) entered on May 24, 2013 was served via the court BNC electronic mail and 1st class mail on May 24, 2013, to the parties attached hereto.

                                         **/s/ Kenneth A. Welt**
                                         _____
                                         Kenneth A. Welt, Trustee
                                         1844 N Nob Hill Road, #615
                                         Plantation, FL  33322
                                         Tel: (954) 889-3403
                                         Fax: (954) 530-3080

**Via Electronic Mail:**

Thomas L Abrams, Esq on behalf of Debtor The Fort Lauderdale Bridge Club, Inc.
tabrams@tabramslaw.com, lmillspaugh@tabramslaw.com;fcolumbo@tabramslaw.com

Joe M. Grant, Esq. on behalf of Trustee Kenneth A Welt
jgrant@marshallgrant.com, efile@marshallgrant.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Chad P Pugatch, Esq. on behalf of Creditor Samuel Rosen
cpugatch.ecf@rprslaw.com

**Via 1st Class Mail:**

The Fort Lauderdale Bridge Club, Inc.
700 NE Sixth Terr
Ft. Lauderdale, FL 33304