

ORDERED in the Southern District of Florida on June 28, 2013.

_____
Raymond B. Ray, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Chapter 11
**THE FORT LAUDERDALE**  Case No. 13-14289-RBR
**BRIDGE CLUB, INC.,**

                Debtor.     /

### ORDER GRANTING FINAL APPLICATION OF GAMBERG & ABRAMS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS COUNSEL TO THE DEBTOR IN POSSESSION

    **THIS CAUSE** came before the Court for Hearing on **June 18, 2013 at 9:30a.m.** upon Final Application for Allowance and Compensation and Reimbursement of Expenses as Counsel to the Debtor-in-Possession to Gamberg & Abrams [D.E.76] and the Court having carefully considered the Application, Objection of Creditor, Samuel D. Rosen (D.E.105), Chapter 11 Trustee's Response in Support of Gamberg & Abrams' Final Application for Compensation (D.E.106) and having heard the arguments of counsel and Mr. Rosen it is ORDERED as follows:

    1.    Gamberg & Abrams, counsel to Debtor-in-Possession, Final Application of May 23, 2013, seeking an award of fees in the amount of $38,640.00 and expenses in the amount of $878.91 for the period of February 26, 2013 through May 9, 2013 is granted.

2. Gamberg & Abrams is awarded the fees in the amount of $38,640.00 which amount represents 100% of the fees requested in the application, and expenses in the amount of $878.91 which represents 100% of the expenses requested in the Application.

3. The Objection of Rosen (DE #105) has been withdrawn by agreement. The withdrawal of this objection shall have no effect one way or the other on the pending Motion to Dismiss (DE #94). By withdrawing his objection, Rosen in no way waives any rights, claims or issues in regard to his pending Motion to Dismiss.

4. In making the foregoing award, the Court has evaluated the factors set forth in *Matter of First Colonial Corp.,* 544 F.2d 12914(5th Cir. 1977); and *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), and finds that the amounts awarded herein represent reasonable compensation for actual and necessary services rendered and expenses incurred by Gamberg & Abrams.

5. Notwithstanding the allowance of this Application in full as a Chapter 11 administrative expense, it is not to be paid at this time. Payment will be determined based upon order of this Court upon request from Gamberg and Abrams. Gamberg and Abrams may seek an order allowing drawdown on its pre-petition retainer by filing a separate motion seeking such authority.

# # #

**Submitted by:**
Thomas L. Abrams
Gamberg & Abrams
1776 N. Pine Island Road, Suite 309
Fort Lauderdale, Florida 33322
Phone: (954) 523-0900
Fax:    (954) 915-9016
E-mail:tabrams@tabramslaw.com
Copy to: Thomas L. Abrams, Esq.
(Attorney Abrams is directed to serve a conformed copy of this Order on all parties in interest)