**CERTIFICATION**

1.    I have been designated by Marshall Socarras Grant, P.L. (the "Applicant") as the professional with responsibility in these cases for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines")

2.    I have read the Applicant's First Application (the "Application") for Compensation. To the best of my knowledge, information and belief, and after reasonable inquiry, the Application complies with the Guidelines, and fees and expenses sought fall within the Guidelines except as specifically noted in this Certification and described in the Application.

3.    The fees and expenses sought are billed at the rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.    In seeking reimbursement for the expenditures described on Exhibit 3, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5.    In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

_____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and copy of this Application, with all exhibits, was mailed this 29th day of July, 2013, to the Debtor and the U.S. Trustee.

        Respectfully submitted,

        **MARSHALL SOCARRAS GRANT, P.L.**
        Attorneys for Trustee
        197 South Federal Highway, Suite 300
        Boca Raton, Florida 33432
        Telephone No. 561.361.1000
        Facsimile No. 561.672.7581
        Email: efile@msglaw.com

        By:   /s/ Adam D. Marshall
             ADAM D. MARSHALL
             Florida Bar No. 579823

        By:   /s/ Joe M. Grant
             JOE M. GRANT
             Florida Bar No. 137758