UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

THE FORT LAUDERDALE BRIDGE
CLUB, INC.,

    Debtor.

_____/

CASE NO. 13-14289 RBR
CHAPTER 11

### NOTICE OF LIMITED APPEARANCE AS "OF COUNSEL"

PLEASE TAKE NOTICE that **Douglas C. Broeker, Esq.** of the law firm **SWEETAPPLE, BROEKER & VARKAS, P.L.** ("SB&V, P.L.") hereby enters his appearance as of counsel to Creditor, Samuel D. Rosen, ("Rosen"). Please note that Rosen is a retired attorney and former member of the Bar of the State of New York and has appeared and is actually participating pro-se in this case. SB&V, P.L. is appearing as of counsel to assist Rosen as needed. All pleadings and papers should still be served on Rosen directly with a courtesy copy to only SB&V, P.L.

All parties are requested to take notice of this appearance and, in accordance with the applicable rules, to provide courtesy copies only of any and all motions, pleadings, notices, orders, reports and/or documents of any kind or nature filed in these proceedings, whether filed in these proceedings by the Court or any other party in interest to **Douglas C. Broeker Esq.**, doug@broekerlaw.com., jamie@broekerlaw.com and docservice@broekerlaw.com, Sweetapple, Broeker & Varkas, P.L., 777 Brickell Avenue, Suite 600, Miami, FL 33131, with actual service of same to be made on Samuel D. Rosen *pro se*.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).*

Respectfully submitted,

By: /s/ Douglas C. Broeker
    **Douglas C. Broeker, Esquire**
    Florida Bar No. 306738
    Doug@broekerlaw.com
    Counsel for Samuel D. Rosen
    **SWEETAPPLE, BROEKER & VARKAS, P.L.**
    777 Brickell Avenue, Suite 600
    Miami, Florida 33131
    Tel.: (305) 374-5623
    Fax.: (305) 358-1023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon all parties receiving service via CM/ECF and via Regular U.S. Mail to all parties who are not on the list to receive e-mail notification/service for this case on this 30th day of July, 2013.

By: /s/ Douglas C. Broeker
    **Douglas C. Broeker, Esquire**
    Florida Bar No. 306738
    Doug@broekerlaw.com

## SERVICE LIST
### Electronic Mail Notice List

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case and who therefore will be served via the Court's Notice of Electronic Filing: Doug@broekerlaw.com, docservice@broekerlaw.com, Jamie@broekerlaw.com, Joe M. Grant jgrant@msglaw.com, efile@msglaw.com, Thomas L. Abrams tabrams@tabramslaw.com Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov, Chad P. Pugatch cpugatch.ecf@rprslaw.com, Kenneth A. Welt court@trusteeservices.biz, fl10@ecfcbis.com

**SERVED VIA US MAIL**

Samuel D. Rosen
10175 Collins Ave., Apt. 502
Bal Harbour, FL 33154

Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway
Suite 200
Fort Lauderdale, FL 33316

Mark LaFontaine
5100 N Federal Hwy #407
Fort Lauderdale, FL 33308