UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                    CASE NO. 13-14289 RBR
                                                          CHAPTER 11
THE FORT LAUDERDALE BRIDGE
CLUB, INC.,

    Debtor.
_____/

**CREDITOR, SAMUEL D. ROSEN'S OBJECTIONS TO KAPILA & CO.'S FIRST INTERIM FEE APPLICATION**

Creditor, SAMUEL D. ROSEN, hereby objects to the First Interim Fee Application of Kapila & Co., filed July 23, 2013 (Doc. 161) and respectfully requests that on the return date of said application, the Court either deny it outright or, at a minimum, defer consideration thereof to an Evidentiary Hearing.

The grounds for this opposition and the request for an Evidentiary Hearing are:

1. Mr. Kapila's affidavit, filed under penalty of perjury on May 21, 2013 and submitted to this Court (Doc. 73-1) is demonstrably false.[1]

2. Further, given the pendency of Rosen's Motion for Remedies following Welt's resignation (Doc. 245), the Kapila Application ought abide that motion.

3. In all events, Kapila's appointment is a nullity and *void ab initio* both because of his false affidavit and because Welt's Motion for his appointment is void because Welt was not then properly the trustee. Simply stated, since Welt would not have been appointed (or approved) as trustee if he had told the truth on his application, *a priori,* all appointments/motions made by him are void.

---

[1] For a complete discussion, see Creditor's In Limine Motion (Doc. 150), Creditor's Motion to Remove Welt (Doc. 180).

1

4. Further, numerous irregularities are contained in the Debtor's Monthly Operating Report for May 2013, filed July 12, 2013 (Doc. 146) including but not limited to: the May Report's statement of $500,000 in assets and $2220,000 in liabilities; the charge to the Debtor of a cellphone for Justin Greenbaum, Inc.; and the closing of the Wells Fargo Account in June, soon after it was opened[2].

5. As for the mysterious $220,000 in "long term liabilities" Kapila included in preparing the May Report (per his time slips), same is a sham intended to make Debtor appear less solvent and is entirely inconsistent with GAAP. *See* Expert Report of Robert Salmore, attached hereto as Ex. 1 (pp. 1 & 2).

6. Next, there appears to be a belief that because of the vagaries and complexities of bankruptcy law, professionals may command here hourly rates far higher than what the marketplace would set. Whether true or not, whether appropriate or not, same cannot be said when they are performing work that is no different from what they would be doing for non-bankrupt clients. Here, the bulk of Kapila's application is for activities related to preparing the Monthly Operating Report, a financial document that contains the same information (perhaps without the phony liabilities) that any accountant would prepare for a private client for whom he would have to justify his fee. By this or any other standard, Kapila's application is excessive both in the hourly rates charged and in the hours expended. One example – it claims 0.8 hours at the outrageous fee of $412 per hour to research questions re: Florida state sales tax. The Debtor sells nothing but annual memberships, daily fees to play, sodas from a Coca Cola vending machine and space via agreements with Quick Tricks and the Scrabble Club. One would expect a junior accountant to be able to answer sales tax questions here in less time assuming some

---

[2] As set forth in Creditor's pending *In Limine* Motion (Doc. 150) and in its Emergency Motion to Remove Welt, (Doc.180) the movements of $30,000 of Debtor's funds requires an explanation.

2

research, but a senior tax specialist charging $412 per hour ought to be able to answer it with zero or minimum research. Attached hereto as the third page of Ex. 1 is Mr. Samore's expert opinion on these subjects.

7. Rosen asks this Court to take judicial notice that McGladrey is the FIFTH largest public accounting firm in the country and if anything one would expect its rates to be higher than the invisible Kapila & Co. Indeed, Mr. Salmore, who has far more experience and specializes in not-for-profits, and is a Director at McGladrey, regularly charges far less than Kapila's rate schedules.

8. Kapila's application is exactly the kind of overreaching that, according to Chad Pugatch's August 7 testimony (re: emails to U.S. Trustee), precisely what is to be expected from a Welt regime.

WHEREFORE, Creditor, Samuel D. Rosen objects to the First Interim Fee Application submitted by Kapila.

Dated: August 19, 2013.

Respectfully submitted,

Samuel D. Rosen
Creditor, Pro Se
10175 Collins Avenue
Apt. 502
Bal Harbour, Florida 33154
Tel: (305) 868-6096
Cell (917) 974-7588

*Of Counsel*
**Douglas C. Broeker, Esq.**
**SWEETAPPLE, BROEKER & VARKAS, P.L.**
777 Brickell Avenue – Suite 600
Miami, Florida 33131
Tel.: (305) 374-5623
Fax: (305) 358-1023
doug@broekerlaw.com
docservice@broekerlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via Regular U.S. Mail to all parties who are not on the list to receive e-mail notification/service for this case on this 19th day of August 2013.

*I HEREBY CERTIFY that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local rule 2090-1(A)*

By: __/s/ Douglas C. Broeker, Esq.
**Douglas C. Broeker, Esq.**
**SWEETAPPLE, BROEKER & VARKAS, P.L.**
777 Brickell Avenue – Suite 600
Miami, Florida 33131
Tel.: (305) 374-5623
Fax: (305) 358-1023
doug@broekerlaw.com
docservice@broekerlaw.com

## SERVICE LIST
**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case and who therefore will be served via the Court's Notice of Electronic Filing:

Joe M. Grant, jgrant@msglaw.com
Lawrence E. Pecan, efile@msglaw.com
Thomas L. Abrams, tabrams@tabramslaw.com
Office of the US Trustee, ustpregion21mm.ecf@usdoj.gov
Chad Pugatch; cpugatch.ecf@rprslaw.com
Kenneth A. Welt, court@trusteeservices.biz, fl10@ecfcbis.com

**SERVED VIA U.S. MAIL**

Samuel D. Rosen
10175 Collins Ave., Apt. 502
Bal Harbour, FL 33154

Soneet Kapila
c/o Kapila & Company
1000 S. Federal Hwy., Ste. 200
Ft. Lauderdale, FL 33316

Mark LaFontaine
5100 N. Fed. Hwy. #407
Ft. Lauderdale, FL 33308