UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

THE FORT LAUDERDALE　　　　　　　　　　　　Case No. 13-14289-RBR
BRIDGE CLUB, INC.,　　　　　　　　　　　　　　Chapter 11

　　　　Debtor.
_____/

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

　　　　Marshall Socarras Grant, P.L. files this Motion to Withdraw as Counsel of Record for the Estate, and avers the following:

　　　　1.　　Marshall Socarras Grant, P.L. was retained to represent Kenneth Welt as Trustee in the above-captioned matter [D.E. 164].

　　　　2.　　On August 12, 2013, Kenneth Welt resigned as Trustee [D.E. 235].

　　　　3.　　Accordingly, Marshall Socarras Grant, P.L. must withdraw as counsel of record.

　　　　4.　　No harm or prejudice will come to the parties by granting this Motion.

　　　　5.　　Upon granting this Motion, the Trustee should be given reasonable time to obtain counsel.

**WHEREFORE**, Marshall Socarras Grant, P.L. respectfully requests an Order: (1) granting its Motion to Withdraw as Counsel of Record; (2) providing the Trustee reasonable time to obtain new counsel; and (3) for such other and further relief as this Court deems just and proper.

Respectfully submitted,

**MARSHALL SOCARRAS GRANT, P.L.**
Attorneys for the Trustee
197 South Federal Highway, Suite 300
Boca Raton, Florida 33432
Telephone No. 561.672.7580
Facsimile No. 561.672.7581
Email: efile@msglaw.com

By: /s/ Joe M. Grant
    JOE M. GRANT
    Florida Bar No. 137758
    LAWRENCE E. PECAN
    Florida Bar No. 99086

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of August, 2013, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that the document and its attachments are being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Joe M. Grant
    Joe M. Grant

.

## SERVICE LIST

**SERVED VIA CM/ECF NOTICE**

Thomas L Abrams, Esq on behalf of Debtor The Fort Lauderdale Bridge Club, Inc.
tabrams@tabramslaw.com, lmillspaugh@tabramslaw.com;fcolumbo@tabramslaw.com

Douglas C Broeker, Esq. on behalf of Creditor Samuel Rosen
doug@broekerlaw.com, Jessica@broekerlaw.com;Claudia@broekerlaw.com

Joe M. Grant, Esq. on behalf of Trustee Kenneth A Welt
jgrant@msglaw.com, efile@msglaw.com;mg197ecfbox@gmail.com

Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

Chad P Pugatch, Esq. on behalf of Creditor Samuel Rosen
cpugatch.ecf@rprslaw.com

Peter E. Shapiro, Esq. on behalf of Other Professional Mark D Nichols
pshapiro@shapirolawpa.com

**SERVED VIA US MAIL**

Samuel D. Rosen
10175 Collins Ave., Apt. 502
Bal Harbour, FL 33154