08/26/2013 10:47 FAX                                                    @0002/0003

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                    Case No.: 13-14289-RBR
                                          Chapter 11
FORT LAUDERDALE
BRIDGE CLUB,

          Debtor.
_____/

## CREDITOR, SAMUEL D. ROSEN'S RULE 11 MOTION FOR SANCTIONS

Comes now Creditor, Samuel D. Rosen and hereby moves the Court for an Order pursuant to Rule 11 Fed R Civ P and Bankruptcy Rule 9011 imposing sanctions upon Joe Grant, Lawrence Pecan, and the firm of Marshall Socarras and Grant, Counsel for the Chapter 11 Trustee herein, and would respectfully show as follows:

1.  On or about July 17, 2013 said counsel filed Trustee's Objection to Samuel Rosen's Motion to Dismiss (the "Objection").

2.  Said Objection was electronically signed by Lawrence Pecan on behalf of Mr. Grant and their firm.

3.  Upon information and belief Mr. Pecan is a young associate who works for and directly under the supervision of Mr. Grant and did so in connection with the preparation and filing of the Objection.

4.  The Objection is replete with willfully false statements of facts.  Indeed, virtually every statement of fact contained in Paragraphs 8, 10, 11, and 14, as relates to the debtor, is false and known to be false by the Trustee and presumably by his attorneys.

5.  Respecting Paragraph 28 of the Objection, creditor does indeed assert that the Trustee has exhibited post-petition mismanagement and that, in addition, Trustee's intention to return control and operation of the Club to the Board members or any of them so that they can resume their pre-petition mismanagement and the Trustee's

Page 2

mismanagement, all serve as grounds for the dismissal motion pending.  Indeed, from prior correspondence complaining about the Trustee's conduct, including the survey the Trustee did and based upon the deposition testimony of Justin Greenbaum as representative of the Trustee and Debtor, said counsel until put on actual notice of Rosen's claim of mismanagement by the Trustee and his failure to cure any of the pre-petition mismanagement alleged by Rosen.

Wherefore, Creditor, Samuel D. Rosen requests the Court grant this Motion and impose appropriate sanctions upon said counsel for the Trustee.

Respectfully submitted,

Samuel D. Rosen
10175 Collins Avenue
#502
Bal Harbour, Fl 33154
Tel.: (305) 868-6096
Cell: (917) 974-7588

Dated:  July 23, 2013

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via Regular U.S. Mail to all parties who are not on the list to receive e-mail notification/service for this case on this 26th day of August 2013.

I HEREBY CERTIFY that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local rule 2090-1(A)

**SWEETAPPLE, BROEKER & VARKAS, P.L.**
777 Brickell Avenue – Suite 600
Miami, Florida 33131
Tel.: (305) 374-5623
Fax: (305) 358-1023
docservice@broekerlaw.com
doug@broekerlaw.com

By: /s/ Douglas C. Broeker, Esq.
     Douglas C. Broeker, Esq.
     FL Bar. No.: 306738

## SERVICE LIST

### Electronic Mail Notice List

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case and who therefore will be served via the Court's Notice of Electronic Filing:

Joe M. Grant, igrant@msglaw.com

Lawrence E. Pecan, efile@msglaw.com

Thomas L. Abrams, tabrams@tabramslaw.com

Office of the US Trustee, ustpregion21mm.ecf@usdoj.gov

Chad Pugatch; cpugatch.ecf@rprslaw.com

Kenneth A. Welt, court@trusteeservices.biz, fl10@ecfcbis.com


**SERVED VIA U.S. MAIL**

Samuel D. Rosen
10175 Collins Ave., Apt. 502
Bal Harbour, FL 33154

Soneet Kapila
c/o Kapila & Company
1000 S. Federal Hwy., Ste. 200
Ft. Lauderdale, FL 33316

Mark LaFontaine
5100 N. Fed. Hwy. #407
Ft. Lauderdale, FL 33308