

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

IN RE:

                              CASE NO. 13-14289 RBR
                              CHAPTER 11

THE FORT LAUDERDALE BRIDGE
CLUB, INC.,

      Debtor.
_____/

## CREDITOR, SAMUEL D. ROSEN'S, NOTICE OF DEPOSITION OF LAWRENCE PECAN, ESQ. *DUCES TECUM*

**YOU WILL PLEASE TAKE NOTICE** that on THURSDAY, SEPTEMBER 26, 2013, beginning at 2:30 P.M. EST. the undersigned will depose LAWRENCE PECAN, ESQ. at SOUTHERN DISTRICT COURT REPORTING, INC., 216 S.E. 6 STREET, FT. LAUDERDALE, FL 33301 or such other place agreed to by counsel, before an Official Court Reporter, DEBRA CASWELL, or any officer authorized to administer oaths by the laws of the State of Florida and pursuant to the Federal Bankruptcy Rules of Procedure which incorporates the Federal Rules of Civil Procedure, upon oral examination pursuant to Bankruptcy Rule 7030-2, for purposes of discovery and for use as evidence in this action, or for such other purposes as authorized under applicable statutes and/or rules of court. Such oral examination shall continue from hour to hour and from day to day until completed. The Deponent is ordered to produce the following:

**All original contemporaneous time entries pertaining to this case whether or not you are offering them to support the final fee application, all documents to support**

1

expenses, and all correspondence (including emails) between your office and Messrs. Rosen, Pugatch, Abrams, and the attorneys at the Polenberg, Cooper Firm.

Oral examination will be conducted by the undersigned.

Dated: September 11, 2013.

Respectfully submitted,

Samuel D. Rosen
Creditor, *Pro Se*
10175 Collins Avenue
Apt. 502
Bal Harbour, Florida 33154
Cell (917) 974-7588

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served via U.S. Mail to: Gary Freedman, Esq. and Joel Tabas, Esq., Tabas, Freedman & Soloff, P.A., One Flagler Building, 14 N.E. 1st Avenue, PH, Miami, FL 33132, Joel M. Grant, Esq. and Lawrence Pecan, Esq., Marshall Socarras Grant, P.L., 197 S. Federal Highway, Suite 300, Boca Raton, FL 33432, Chad Pugatch, Esq., Rice Pugatch Robinson & Schiller, P.A., 101 N.E. 3rd Avenue, #1800, Fort Lauderdale, FL 33301, Thomas L. Abrams, Esq., 1776 N. Pine Island Road, #309, Plantation, FL 33322, Damaris D. Rosich-Schwartz, Esq., Office of US Trustee, 51 S.W. 1st Avenue, Suite 1204, Miami, Florida 33130, Peter Shapiro, Esq., Shapiro Law, 1351 Sawgrass Corporate Parkway, Suite 101, Fort Lauderdale, FL 33323, and Eric Silver, Esq., Stearns Weaver Miller Weissler et al., Museum Tower, Suite 2200, 150 West Flagler Street, Miami, FL 33130 on this 11 day of September 2013.

Samuel D. Rosen, *Pro Se*

2