CGFD71 (1/3/13)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** The Fort Lauderdale Bridge Club, Inc.

**Case Number:** 13–14289–JKO
Chapter: 11
County of Residence or Place of Business: Fort Lauderdale

## TRANSMITTAL OF RECORD TO DISTRICT COURT

- ☐ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal filed on
- ☑ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☐ Related District Court Case Number:
  (Assigned to Motion filed pursuant to USDC Local Rule 87.4 c or d)
- ☐ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):
    - ☐ Contested    ☐ Uncontested
- ☐ Withdrawal of Reference granted by U.S. District Court
- ☐ Report and Recommendation (Motion to Withdraw Reference)

### The Party or Parties Included in the Record to District Court:

**Appellant/Movant:** Samuel D. Rosen   **Attorney:** Douglas C. Broeker   **Attorney:**
777 Brickell Ave #600
Miami, FL 33131

**Appellee/Respondent:** Joel L. Tabas   **Attorney:** Gary M. Freedman   **Attorney:**
14 Northeast First Avenue – PH
Miami, FL 33132

**Title and Date of Order Appealed**, if applicable:

**Entered on Docket Date:**     **Docket Number:**

- ☐ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☑ Copy of Docket
- ☐ Exhibits:
- ☐ Copies of Transcript(s) of Hearing(s) on:
- ☑ Respondent's Answer and/or Movant's Reply
- ☑ Other: Notice of appeal re: motion for leave to appeal

**Dated:** 9/12/13

**CLERK OF COURT**
By: Amelia Rodriguez
Deputy Clerk   (954) 769–5700