# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION
### www.flsb.uscourts.gov

IN RE:                                                    CASE NO. 13-14289 -JKO
                                                          CHAPTER 11

THE FORT LAUDERDALE BRIDGE
CLUB, INC.,
        Debtor.
_____/

## APPELLANT/CREDITOR, SAMUEL D. ROSEN'S DESIGNATION OF RECORD IN SUPPORT OF MOTION TO WITHDRAW REFERENCE

APPELLANT/CREDITOR, SAMUEL D. ROSEN ("Rosen"), by and through undersigned counsel, and pursuant to 28 USC §157(d), Rule 5011 F.R.Bankr.P and Local Bankruptcy Rule 5011-1(B), of the Bankruptcy Court for the Southern District of Florida (hereinafter "the Bankruptcy Court"), and the Local Rules of the United States District Court for the Southern District of Florida (the "District Court") designate the following portions of the record in the instant matter, which the Appellant/Creditor believes will reasonably be necessary or pertinent to the District Court's consideration of the accompanying Motion to Withdraw the Reference, pursuant to 28 U.S. C. §157(d):

## DESIGNATION

| Date | Docket No. | Document Description |
|------|------------|----------------------|
| 02-26-13 | 1 | Chapter 11 Voluntary Petition . [Fee Amount $1213] (Abrams, Thomas) (Entered: 02/26/2013) |
| 02-26-13 | 3 | Declaration Under Penalty of Perjury to Accompany Petitions, Schedules and Statements Filed Electronically by Attorney Thomas L Abrams Esq (Re: 1 Voluntary Petition (Chapter 11) filed by Debtor THE FORT LAUDERDALE BRIDGE CLUB, INC.). (Abrams, Thomas) (Entered: 02/26/2013) |
| 04-02-13 | 19 | Limited Motion to Impose Automatic Stay Filed by Debtor The Fort |

1

| **Date** | **Docket No.** | **Document Description** |
|---|---|---|
| | | Lauderdale Bridge Club, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F) (Abrams, Thomas) (Entered: 04/02/2013) |
| 04-10-13 | 32 | Motion to Convert Chapter 11 Case to Chapter 7 . [Fee Amount $15] Filed by Creditor Samuel Rosen. (Pugatch, Chad) (Entered: 04/10/2013) |
| 04-10-13 | 33 | Affidavit of Samuel D. Rosen Filed by Creditor Samuel Rosen (Re: 19 Limited Motion to Impose Automatic Stay filed by Debtor The Fort Lauderdale Bridge Club, Inc., 32 Motion to Convert Chapter 11 Case to Chapter 7 . [Fee Amount $15] filed by Creditor Samuel Rosen). (Pugatch, Chad) (Entered: 04/10/2013) |
| 04-10-13 | 34 | Response to (19 Limited Motion to Impose Automatic Stay filed by Debtor The Fort Lauderdale Bridge Club, Inc.) *and Cross Motion for More Complete Stay Relief* Filed by Creditor Samuel Rosen (Pugatch, Chad) (Entered: 04/10/2013) |
| 04-10-13 | 35 | Cross Motion for Relief from Stay [Fee Amount $176] Filed by Creditor Samuel Rosen. (Pugatch, Chad) (Entered: 04/10/2013) |
| 04-19-13 | 46 | Amended Schedule B,Statement of Financial Affairs Filed by Debtor The Fort Lauderdale Bridge Club, Inc.. (Attachments: # 1 Local Form 4) (Abrams, Thomas) (Entered: 04/19/2013) |
| 04/19/13 | 50 | Expedited Motion to Appoint Trustee Chapter 11 |
| 05/01/13 | 57 | Order Denying Motion To Impose Automatic Stay (Re: # 19) (Rodriguez, Lorenzo) (Entered: 05/01/2013) |
| 05/09/13 | 61 | Order Granting Motion to Appoint Trustee |
| 05/10/13 | 63 | Notice Appointing Kenneth A. Welt as Chapter 11 Trustee |
| 05/10/13 | 64 | Ex Parte Application for Approval of Selection of Appointment of Chapter 11 Trustee Kenneth A. Welt |
| 05/13/13 | 66 | Notice of Taking Rule 2004 Examination Duces Tecum of person or persons with the most knowledge on May 22, 2013 at 10:00am *as well as Notice of Taking Deposition in Contested Matter* Filed by Creditor Samuel Rosen. (Pugatch, Chad) (Entered: 05/13/2013) |
| 05/17/13 | 69 | Transcript of April 16, 2013 Hearing [*Transcript will be restricted for a period of 90 days.*] (Re: 19 Limited Motion to Impose Automatic Stay Filed by Debtor The Fort Lauderdale Bridge Club, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)). Redaction Request Due By 05/24/2013. Statement of Personal Data Identifier Redaction Request Due by 06/7/2013. Redacted Transcript Due by 06/17/2013. Transcript access will be restricted through 08/15/2013. (Ouellette and Mauldin) (Entered: 05/17/2013) |

| Date | Docket No. | Document Description |
|------|------------|----------------------|
| 05/21/13 | 72 | Notice of Filing *Notice of Postponement of Rule 2004 Examination Duces Tecum and Notice of Taking Deposition in Contested Matter*, Filed by Creditor Samuel Rosen (Re: 66 Notice of Examination). (Pugatch, Chad) (Entered: 05/21/2013) |
| 05/23/13 | 75 | Emergency Motion Authorizing Trustee to Operate Business *Pursuant to Sections 105(a) and 1108* Filed by Trustee Kenneth A Welt. (Grant, Joe) (Entered: 05/23/2013) |
| 06-28-13 | 127 | Motion for Relief from Stay [Fee Amount $176] Filed by Creditor Samuel Rosen. (Pugatch, Chad) (Entered: 06/28/2013) Receipt of Motion for Relief From Stay(13-14289-RBR) [motion,mrlfsty] ( 176.00) Filing Fee. Receipt number 18066665. Fee amount 176.00. (U.S. Treasury) (Entered: 06/28/2013) |
| 07/16/13 | 150 | Motion in Limine Filed by Creditor Samuel Rosen. (Attachments: # 1 Exhibit 1 through 4 # 2 Exhibit 5 through 22) (Pugatch, Chad) (Entered: 07/16/2013) |
| 07/30/13 | 176 | Notice of Appearance and Request for Service *Limited Appearance as "Of Counsel"* by Douglas C Broeker Esq. Filed by Creditor Samuel Rosen. (Broeker, Douglas) (Entered: 07/30/2013) |
| 07/30/13 | 179 | Motion To Substitute Attorney Douglas Broeker for Attorney Chad P. Pugatch. Filed by Creditor Samuel Rosen. (Pugatch, Chad) (Entered: 07/30/2013) |
| 07/30/13 | 180 | Emergency Motion for Removal of Trustee *Verified Motion to Remove The Trustee, Kenneth A. welt, for Cause, and for Other Relief* Filed by Creditor Samuel Rosen. (Attachments: # 1 Exhibit Case Summary # 2 Exhibit Hearing Transcript 12-18-2012 # 3 Exhibit Hearing Transcript 04/10/2013 # 4 Exhibit Hearing Transcript 07-15-2013 # 5 Exhibit Hearing Transcript 12-18-2012) (Broeker, Douglas) (Entered: 07/30/2013) |
| 07/30/13 | 181 | Objection to Motion to Substitute Attorney Douglas Broeker for Attorney Chad P. Pugatch . filed by Creditor Samuel Rosen) Filed by Trustee Kenneth A Welt (Pecan, Lawrence) (Entered: 07/30/2013) |
| 07/31/13 | 186 | First Application for Compensation for Kenneth A. Welt, Trustee Chapter 9/11, Period: 5/10/2013 to 7/31/2013, Fee: $30,224.97, Expenses: $26.27. Filed by Attorney Kenneth A Welt. (Attachments: # 1 Exhibit A) (Welt, Kenneth) (Entered: 07/31/2013) |
| 08/06/13 | 213 | Motion To Substitute Attorney Douglas Broeker for Attorney Chad P. Pugatch. Filed by Creditor Samuel Rosen. (Pugatch, Chad) (Entered: 07/30/2013) |

3

| **Date** | **Docket No.** | **Document Description** |
|---|---|---|
| 08/08/13 | 217 | Order Granting in Part Motion to Substitute Attorney. Attorney Douglas Broeker Substituted for Attorney Chad P Pugatch, Esq. as Counsel. (Re: 179) and Sustaining The Objection 181 (Rodriguez, Lorenzo) Modified on 8/8/2013 (Rodriguez, Lorenzo). (Entered: 08/08/2013) |
| 08/09/13 | 223 | Response to Emergency Motion for Removal of Trustee, Verified Motion to Remove the Trustee, Kenneth A. Welt for Cause, and for Other Relief |
| 08/09/13 | 224 | Disclosure Statement Filed by Trustee Kenneth A Welt (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit)(Pecan, Lawrence) (Entered: 08/09/2013) |
| 08/12/13 | 235 | Notice of Filing , Filed by U.S. Trustee Office of the US Trustee. (Attachments: # 1 Exhibit Trustee Letter) (Rosich-Schwartz, Damaris) (Entered: 08/12/2013) |
| 08/12/13 | 236 | Objection to (235 Notice of Filing filed by U.S. Trustee Office of the US Trustee)*Creditor, Samuel D. Rosen's Objection to Resignation of Kenneth A. Welt as Trustee* Filed by Creditor Samuel Rosen (Broeker, Douglas) (Entered: 08/12/2013) |
| 08/13/13 | 239 | Order Denying Motion To Remove Trustee (Re: # 180) (Rodriguez, Lorenzo) (Entered: 08/13/2013) |
| 08/14/13 | 245 | Emergency Motion For Sanctions Against Kenneth A. Welt *Creditor, Samuel D. Rosen's Motion for Relief Respecting the Conduct of Kenneth A. Welt* Filed by Creditor Samuel Rosen. (Broeker, Douglas) (Entered: 08/14/2013) |
| 08/19/13 | 252 | Monthly Operating Report for the Period Beginning 07/01/2013 and Ending 07/31/2013 Filed by Trustee Kenneth A Welt. (Welt, Kenneth) (Entered: 08/19/2013) |
| 08/20/13 | 254 | Order Overruling Objection to Resignation of Kenneth Welt as Trustee(Re: 236 Objection filed by Creditor Samuel Rosen). (Rodriguez, Lorenzo) (Entered: 08/20/2013) |
| 08/20/13 | 255 | Order Denying Emergency Motion For Sanctions (Re: # 245) (Rodriguez, Lorenzo) (Entered: 08/20/2013) |
| 08/21/13 | 258 | Notice of Appeal (Re: 257 Motion for Leave to Appeal). **This Replaces DE #256** (Rodriguez, Lorenzo) (Entered: 08/22/2013) |
| 08/22/13 | 261 | Motion to Recuse Judge Filed by Creditor Samuel Rosen. (Attachments: # 1 Exhibit Exhibit A - Samuel D. Rosen's Affidavit # 2 Exhibit Exhibit 1 Notice of Filing) (Broeker, Douglas) (Entered: 08/22/2013) |
| 08/23/13 | 265 | Transcript of 8/7/2013 Hearing. [*Transcript will be restricted for a period of 90 days.*] (Re: 177 Motion for Protective Order *Motion to* |

| Date | Docket No. | Document Description |
|---|---|---|
| | | *Modify Subpoena* Filed by Other Professional Mark D Nichols., <u>179</u> Motion To Substitute Attorney Douglas Broeker for Attorney Chad P. Pugatch. Filed by Creditor Samuel Rosen., <u>194</u> Motion to Be Excused From Appearing at The Hearing on Mr. Rosens Motion to Dismiss Chapter 11 Case scheduled for August 23, 2013 and for Protective Order from Testifying at the Hearing on the Motion to Dismiss due to Unavailability or In The Alternative For Continuance of Hearing on The Motion to Dismiss [D.E. 94] Filed by Debtor The Fort Lauderdale Bridge Club, Inc.., <u>200</u> Emergency Motion to Continue Hearing On: [(<u>184</u>Notice of Hearing, <u>185</u> Notice of Hearing, <u>187</u> Notice of Hearing, <u>190</u> Notice of Hearing Amended/Renoticed/Continued, <u>191</u> Notice of Hearing Amended/Renoticed/Continued)] *Emergency Motion to Reschedule Hearing on Motion to Dismiss, for Clarification, and for a Status Conference Regarding Upcoming Hearings* Filed by Creditor Samuel Rosen., <u>201</u> Emergency Application to Employ Peter Russin, Esq. as Special Counsel to Trustee [Affidavit Attached] Filed by Trustee Kenneth A Welt. (Attachments: # 1 Affidavit Affidavit of Peter Russin), <u>202</u> Motion to Continue Hearing On: [(<u>154</u> Notice of Hearing, <u>156</u> Order on Motion to Continue Hearing, <u>184</u> Notice of Hearing, <u>185</u> Notice of Hearing, <u>187</u> Notice of Hearing, <u>190</u> Notice of Hearing Amended/Renoticed/Continued, <u>191</u> Notice of Hearing Amended/Renoticed/Continued)] Filed by Trustee Kenneth A Welt.). Redaction Request Due By 08/30/2013. Statement of Personal Data Identifier Redaction Request Due by 09/13/2013. Redacted Transcript Due by 09/23/2013. Transcript access will be restricted through 11/21/2013. (Ouellette and Mauldin) (Entered: 08/23/2013) |
| 08/26/13 | 274 | Motion For Sanctions Pursuant to FRBP 9011 Attorney Misconduct Against Joe Grant, Lawrence Pecan and Marshall Socarras & Grant Filed by Creditor Samuel Rosen. (Broeker, Douglas) (Entered: 08/26/2013) |
| 08/26/13 | 277 | Notice of Appeal (Re: <u>276</u> Motion for Leave to Appeal). (Broeker, Douglas) (Entered: 08/26/2013) |
| 08/28/13 | 283 | Re-Notice of Evidentiary Hearing (Re: <u>261</u> Motion to Recuse Judge Filed by Creditor Samuel Rosen. Evidentiary Hearing scheduled for 09/18/2013 at 09:30 AM at 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale. (Gomez, Edy) (Entered: 08/28/2013) |
| 08/29/13 | 290 | Order of Abatement. (Rodriguez, Lorenzo) (Entered: 08/29/2013) |

| __Date__ | __Docket No.__ | __Document Description__ |
|---|---|---|
| 08/29/13 | 291 | Order Setting Evidentiary Hearing (Re: <u>261</u> Motion to Recuse Judge filed by Creditor Samuel Rosen). Evidentiary Hearing scheduled for 09/18/2013 at 01:30 PM at 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale. (Rodriguez, Lorenzo) (Entered: 08/29/2013) |
| 09-06-13 | 310 | Transcript of 8/28/2013 Hearing. [*Transcript will be restricted for a period of 90 days.*] (Re: <u>229</u> Motion for Protective Order *Jon Polenberg, Esq's Emergency Motion for Protective Order* Filed by Attorney Jon Polenberg., <u>232</u> Motion Providing Notice of Suspension of Limited Appearance of Douglas C. Broecker, Esq. As Counsel To Creditor Filed by Creditor Samuel Rosen. **This Replaces DE#222**). Redaction Request Due By 09/13/2013. Statement of Personal Data Identifier Redaction Request Due by 09/27/2013. Redacted Transcript Due by 10/7/2013. Transcript access will be restricted through 12/5/2013. (Ouellette and Mauldin) (Entered: 09/06/2013) |
| 09-09-13 | 318 | Order Granting Samuel D. Rosen's Motion to Recuse (Re: # <u>261</u>) (Rodriguez, Amelia) (Entered: 09/09/2013) |

Dated: September 13, 2013

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-I (A).*

Respectfully submitted,

By:/s/ Douglas C. Broeker
**Douglas C. Broeker, Esquire**
Florida Bar No. 306738
**SWEETAPPLE, BROEKER &
VARKAS, P.L.**
777 Brickell Avenue, Suite 600
Miami, Florida 33131
Tel.: (305) 374-5623
Fax.: (305) 358-1023
Doug@broekerlaw.com
DocService@broekerlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via Regular U.S. Mail to all parties who are not on the list to receive e-mail notification/service for this case on this 13th day of September 2013.

## SERVICE LIST
**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case and who therefore will be served via the Court's Notice of Electronic Filing:

Joe M. Grant, igrant@msglaw.com
Lawrence E. Pecan, efile@msglaw.com
Thomas L. Abrams, tabrams@tabramslaw.com
Office of the US Trustee, ustpregion21mm.ecf@usdoj.gov
Chad Pugatch; cpugatch.ecf@rprslaw.com
Kenneth A. Welt, court@trusteeservices.biz, fl10@ecfcbis.com
Gary M. Freedman, gfreedman@tabasfreedman.com
Damaris D. Rosich-Schwartz, Damaris.D.Rosich-Schwartz@usdoj.gov
Peter E. Shapiro, pshapiro@shapirolawpa.com
Eric J. Silver, esilver@stearnsweaver.com
Joel L. Tabas, JLT@tfsmlaw.com


**SERVED VIA U.S. MAIL**

Samuel D. Rosen
10175 Collins Ave., Apt. 502
Bal Harbour, FL 33154

Soneet Kapila
c/o Kapila & Company
1000 S. Federal Hwy., Ste. 200
Ft. Lauderdale, FL 33316

Mark LaFontaine
5100 N. Fed. Hwy. #407
Ft. Lauderdale, FL 33308