UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                                   CASE NO. 13-14289 JKO
                                                                                                    CHAPTER 11
THE FORT LAUDERDALE BRIDGE
CLUB, INC.,

        Debtor.
_____/

**CREDITOR SAMUEL D. ROSEN'S MOTION FOR RECONSIDERATION
OR TO VACATE "ORDER APPROVING SAMUEL D. ROSEN'S NOTICE OF
SUSPENSION OF LIMITED NOTICE OF APPEARANCE OF
DOUGLAS C. BROEKER, ESQ., AS COUNSEL TO CREDITOR" (D.E.289)**

CREDITOR, SAMUEL D. ROSEN, Pro Se and through "Of Counsel", hereby moves for reconsideration, or to vacate, this Court's order dated August 29, 2013 (DE-289) and as good grounds would show that:

1. This motion is entered without prejudice to, and is not intended to be a waiver of, Rosen's motion to recuse, which would be filed if necessary regarding the reassignment to Bankruptcy Judge John K. Olson.

2. On August 29, 2013, this Court through the predecessor Judge, entered its Order Approving Samuel D. Rosen's Notice of Suspension of Limited Notice of Appearance of Douglas C. Broeker, Esq., As Counsel to Creditor ("The Order")

3. The appearance of Mr. Broeker as "Of Counsel" to Rosen assists in the administration of justice in this matter, and promotes the prompt and efficient handling of the filing of papers and pleadings by and on behalf of Rosen, as well as transmittal of same to Rosen.

4. Rosen does not have word processing or ECF filing capability or capacity and also has medical conditions that require doctor visits. It is not feasible for him to keep pace with

1

this case, Pro Se. It would be in the interest of Justice to vacate the Order so that Rosen can proceed with "Of Counsel" assistance, especially with regard to filing of pleadings and promptly handling filings and Orders entered in the case.

5. Rosen understands that the Order was entered on a misunderstanding regarding the position of the new and current Trustee concerning an "Of Counsel" appearance by Douglas Broeker and his law firm on behalf of Rosen. Rosen understands that the new Trustee has no objection to this appearance The objection was made by the prior Trustee and his Counsel, but they have resigned and withdrawn.

6. At the time that Order was entered, Rosen had a motion to Recuse pending against the presiding Bankruptcy Judge. That Judge has subsequently recused himself. Under the circumstances, the prior Orders relating to the "of counsel" issue, as well as other Orders are properly vacated.

WHEREFORE, Mr. Rosen moves this Court for an entry of an Order reconsidering and or vacating the Order and for any other relief this Court considers just and equitable

Dated: September 12, 2013

Respectfully submitted,

**Douglas C. Broeker, Esq., Of Counsel**
**SWEETAPPLE, BROEKER & VARKAS, P.L.**
777 Brickell Avenue – Suite 600
Miami, Florida 33131
Tel.: (305) 374-5623
Fax: (305) 358-1023
doug@broekerlaw.com
docservice@broekerlaw.com

Samuel D. Rosen
Creditor, Pro Se
10175 Collins Avenue
Apt. 502
Bal Harbour, Florida 33154
Cell (917) 974-7588

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via Regular U.S. Mail to all parties who are not on the list to receive e-mail notification/service for this case on this 12th day of September, 2013.

I HEREBY CERTIFY that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local rule 2090-1(A)

**SWEETAPPLE, BROEKER & VARKAS, P.L.**
777 Brickell Avenue – Suite 600
Miami, Florida 33131
Tel.: (305) 374-5623
Fax: (305) 358-1023
docservice@broekerlaw.com
doug@broekerlaw.com

By: __/s/ Douglas C. Broeker, Esq.
**Douglas C. Broeker, Esq.**
FL Bar. No.: 306738

3

## SERVICE LIST
### Electronic Mail Notice List

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case and who therefore will be served via the Court's Notice of Electronic Filing:

Joe M. Grant, jgrant@msglaw.com
Lawrence E. Pecan, efile@msglaw.com
Thomas L. Abrams, tabrams@tabramslaw.com
Office of the US Trustee, ustpregion21mm.ecf@usdoj.gov
Chad Pugatch; cpugatch.ecf@rprslaw.com
Kenneth A. Welt, court@trusteeservices.biz, fl10@ecfcbis.com
Gary M. Freedman, gfreedman@tabasfreedman.com
Damaris D Rosich-Schwartz, Damaris.D. Rosich-Schwartz@usdoj.gov
Peter E. Shapiro, pshapiro@shapirolawpa.com
Eric J. Silver, esilver@stearnsweaver.com
Joel L. Tabas, JLT@tfsmlaw.com

**SERVED VIA U.S. MAIL**

Samuel D. Rosen
10175 Collins Ave., Apt. 502
Bal Harbour, FL 33154

Soneet Kapila
c/o Kapila & Company
1000 S. Federal Hwy., Ste. 200
Ft. Lauderdale, FL 33316

Mark LaFontaine
5100 N. Fed. Hwy. #407
Ft. Lauderdale, FL 33308