UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov



IN RE:

CASE NO. 13-14289 RBR
CHAPTER 11

THE FORT LAUDERDALE BRIDGE
CLUB, INC.,

    Debtor.
_____/

## CREDITOR, SAMUEL D. ROSEN'S, NOTICE OF DEPOSITION OF REUBEN SOCARRAS, ESQ.

**YOU WILL PLEASE TAKE NOTICE** that all day on MONDAY OCTOBER 7, 2013 the undersigned will depose **REUBEN SOCARRAS** AT 9:30 AM ON OCTOBER 4, 2013 at SOUTHERN DISTRICT COURT REPORTING, INC., 216 S.E. 6 STREET, FT. LAUDERDALE, FL 33301 or such other place agreed to by counsel, before an Official Court Reporter, DEBRA CASWELL, or any officer authorized to administer oaths by the laws of the State of Florida and pursuant to the Federal Bankruptcy Rules of Procedure which incorporates the Federal Rules of Civil Procedure, upon oral examination pursuant to Bankruptcy Rule 7030-2, for purposes of discovery and for use as evidence in this action, or for such other purposes as authorized under applicable statutes and/or rules of court. Such oral examination shall continue from hour to hour and from day to day until completed. The Deponent is ordered to produce the following:

1

Oral examination will be conducted by the undersigned.

Dated: September 11, 2013.          Respectfully submitted,

                                    _____
                                    Samuel D. Rosen
                                    Creditor, *Pro Se*
                                    10175 Collins Avenue
                                    Apt. 502
                                    Bal Harbour, Florida 33154
                                    Cell (917) 974-7588

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was filed and served via U.S. Mail to: Gary Freedman, Esq. and Joel Tabas, Esq., Tabas, Freedman & Soloff, P.A., One Flagler Building, 14 N.E. 1st Avenue, PH, Miami, FL 33132, Joe M. Grant, Esq. and Marshall Socarras Grant, P.L., 197 S. Federal Highway, Suite 300, Boca Raton, FL 33432.

And Reuben Soccaras

_____
Samuel D. Rosen, *Pro Se*

2