# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov



U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

SEP 1 ... 2013

FILED _____ RECEIVED _____

IN RE:

           CASE NO. 13-14289 RBR
           CHAPTER 11

THE FORT LAUDERDALE BRIDGE
CLUB, INC.,

    Debtor.
_____/

## CREDITOR, SAMUEL D. ROSEN'S, NOTICE OF DEPOSITION OF ADAM MARSHALL, ESQ.

**YOU WILL PLEASE TAKE NOTICE** that all day on **MONDAY OCTOBER 7, 2013** the undersigned will depose **ADAM MARSHALL AT** 9:30 **AM ON OCTOBER 2, 2013** at **SOUTHERN DISTRICT COURT REPORTING, INC., 216 S.E. 6 STREET, FT. LAUDERDALE, FL 33301** or such other place agreed to by counsel, before an Official Court Reporter, **DEBRA CASWELL,** or any officer authorized to administer oaths by the laws of the State of Florida and pursuant to the Federal Bankruptcy Rules of Procedure which incorporates the Federal Rules of Civil Procedure, upon oral examination pursuant to Bankruptcy Rule 7030-2, for purposes of discovery and for use as evidence in this action, or for such other purposes as authorized under applicable statutes and/or rules of court. Such oral examination shall continue from hour to hour and from day to day until completed. The Deponent is ordered to produce the following:

Oral examination will be conducted by the undersigned.

Dated: September 11, 2013.        Respectfully submitted,

_____
Samuel D. Rosen
Creditor, *Pro Se*
10175 Collins Avenue
Apt. 502
Bal Harbour, Florida 33154
Cell (917) 974-7588

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed and served via U.S. Mail to: Gary Freedman, Esq. and Joel Tabas, Esq., Tabas, Freedman & Soloff, P.A., One Flagler Building, 14 N.E. 1st Avenue, PH, Miami, FL 33132, Joe M. Grant, Esq. and Marshall Socarras Grant, P.L., 197 S. Federal Highway, Suite 300, Boca Raton, FL 33432. AND Adam Marshall

_____
Samuel D. Rosen, *Pro Se*

2