

**ORDERED in the Southern District of Florida on September 18, 2013.**

*John K. Olson, Judge*
*United States Bankruptcy Court*

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

THE FORT LAUDERDALE                    Case No. 13-14289-JKO
BRIDGE CLUB, INC.,                           Chapter 11

       Debtor.
_____/

**ORDER GRANTING MARSHALL SOCARRAS GRANT, P.L.'S**
**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

This matter came before the Court on September 4, 2013, at 9:30 a.m., upon consideration of Marshall Socarras Grant, P.L's Motion to Withdraw as Attorney of Record [D.E. 266] (the "Motion") and Samuel Rosen's objection thereto [D.E. 268] and the Court having heard the argument of counsel, and being fully advised in the premises, it is

ORDERED and ADJUDGED that

1.     The Motion is GRANTED.

2.     The Court retains jurisdiction over Marshall Socarras Grant, P.L.

###

**Submitted by:**

**Joe M. Grant, Esquire**
(*Attorney Grant is hereby directed to serve a conformed copy of this Order upon receipt to all interested parties and file a Certificate of Service.)