UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

CASE NO. 13-14289 RBR
CHAPTER 11

THE FORT LAUDERDALE BRIDGE
CLUB, INC.,

    Debtor.
_____/

### CREDITOR, SAMUEL D. ROSEN'S, NOTICE OF RULE 7030 EXAMINATION DUCES TECUM OF CHAD PUGATCH, ESQ., AS A GENERAL PARTNER OF RICE PUGATCH ROBINSON & SCHILLER, P.A.

    **YOU WILL PLEASE TAKE NOTICE** that on Tuesday, October 8, 2013, beginning at 9:30 a.m. (Eastern Standard Time) the undersigned will depose Chad Pugatch at **Southern District Court Reporting, Inc., 216 S.E. 6 Street, Ft. Lauderdale, FL 33301**, before an Official Court Reporter, **Cindi Carparotta,** or any officer authorized to administer oaths by the laws of the State of Florida and pursuant to the Federal Bankruptcy Rules of Procedure which incorporates the Federal Rules of Civil Procedure, upon oral examination pursuant to Bankruptcy Rule 7030, for purposes of discovery and for use as evidence in this action, or for such other purposes as authorized under applicable statutes and/or rules of court. Such oral examination shall continue from hour to hour and from day to day until completed.

THE DEPONENT IS FURTHER REQUIRED AT THE COMMENCEMENT OF THEIR RESPECTIVE DEPOSITION TO PRODUCE FOR INSPECTION AND COPYING THE ORIGINALS OF ALL TIME RECORDS, WRITTEN COMMUNICATIONS INCLUDING EMAILS, AND NOTES OF ORAL COMMUNICATIONS BETWEEN YOU OR ANY REPRESENTATIVE OF YOUR FIRM WITH ANY OTHER PERSON WHICH RELATES IN ANY WAY TO SAMUEL ROSEN, KEN WELT, JUDGE RAY, OR ANY OF THE CLAIMS OR EVENTS PERTAINING TO THE



1

CAPTIONED BANKRUPTCY PROCEEDING, ALL DURING THE PERIOD JULY 15TH THROUGH DATE OF DEPOSITION.

Dated: **September 18, 2013**

                                      Respectfully submitted,

                                      /s/ Samuel D. Rosen

                                      Samuel D. Rosen
                                      Creditor, Pro Se
                                      10175 Collins Avenue
                                      Apt. 502
                                      Bal Harbour, Florida 33154
                                      Cell (917) 974-7588

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via facsimile/email and/or U.S. Mail on Chad Pugatch, Esquire, and Gary Freedman, Esq. on the 18th day of September, 2013.

>                             **SAMUEL D. ROSEN**
>                             **CREDITOR, PRO SE**
>                             **10175 Collins Avenue**
>                             **Apt. 502**
>                             **Bal Harbour, Florida 33154**
>                             Tel.: Cell: 917-974-7588
>
> By: _____
>                             **Samuel D. Rosen**

**SERVICE LIST**

**SERVED VIA U.S. MAIL**

**Chad Pugatch**
**Rice Pugatch Robinson & Schiller, P.A.**
**101 Northeast Third Avenue**
**Suite 1800**
**Ft. Lauderdale, Florida 33301**
Email: cpugatch@rprslaw.com

**Gary M. Freedman, Esq.**
Tabas, Freedman & Soloff, P.A.
One Flagler Building
14 N.E. 1st Avenue
Penthouse
Miami, Florida 33132
Tel: 305-375-8171
Fax: 305-381-7708
gfreedman@tfsmlaw.com

3