UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                      CASE NO. 13-14289 RBR
                                                            CHAPTER 11
THE FORT LAUDERDALE BRIDGE
CLUB, INC.,

    Debtor.
_____/

### CREDITOR, SAMUEL D. ROSEN'S, NOTICE OF RULE 7030 EXAMINATION DUCES TECUM OF BARBARA TATE, ALLEN BOZEK, KEITH GELLMAN, AND TOM MCKAY.

    **YOU WILL PLEASE TAKE NOTICE** that on Tuesday, October 8, 2013, beginning at 3:00 p.m.; 3:30 p.m.; 4:00 p.m; and 4:30 p.m., (Eastern Standard Time) the undersigned will depose BARBARA TATE (3:00 P.M.); ALLEN BOZEK (3:30 P.M.); Keith Gellman (4:00 P.M.); and Tom McKay (4:30 P.M.) at **Southern District Court Reporting, Inc., 216 S.E. 6 Street, Ft. Lauderdale, FL 33301**, before an Official Court Reporter, **Cindi Carparotta,** or any officer authorized to administer oaths by the laws of the State of Florida and pursuant to the Federal Bankruptcy Rules of Procedure which incorporates the Federal Rules of Civil Procedure, upon oral examination pursuant to Bankruptcy Rule 7030, for purposes of discovery and for use as evidence in this action, or for such other purposes as authorized under applicable statutes and/or rules of court. Such oral examination shall continue from hour to hour and from day to day until completed.

    THE DEPONENTS ARE FURTHER REQUIRED AT THE COMMENCEMENT OF THEIR RESPECTIVE DEPOSITIONS TO PRODUCE FOR INSPECTION AND COPYING THE ORIGINALS OF ALL DOCUMENTS UPON WHICH THEY RELY IN SUPPORT OF THEIR CLAIMS FOR "INDEMNIFICATION" AND THE AMOUNTS THEREOF.



U. S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

SEP 24 2013

FILED          RECEIVED

1

Page 2
Notice of Taking Deposition 10/8/13

Dated: **September 18, 2013**

Respectfully submitted,

Samuel D. Rosen
Creditor, Pro Se
10175 Collins Avenue
Apt. 502
Bal Harbour, Florida 33154
Cell (917) 974-7588

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via facsimile/email and/or U.S. Mail on Peter Shapiro, Esquire, and Gary Freedman, Esq. on the 18th day of September, 2013.

                                              **SAMUEL D. ROSEN**
                                              **CREDITOR, PRO SE**
                                              **10175 Collins Avenue**
                                              **Apt. 502**
                                              **Bal Harbour, Florida 33154**
                                              Tel.: Cell: 917-974-7588

By: _____
                                       **Samuel D. Rosen**

**SERVICE LIST**

**SERVED VIA U.S. MAIL**

**Peter Shapiro, Esq.**
**Polenberg Cooper Saunders & Riesberg PL**
**1351 Sawgrass Corporate Parkway**
**Suite 101**
**Ft. Lauderdale, Florida 33323**
**Via Facsimile: 954-742-9971**

**Gary M. Freedman, Esq.**
Tabas, Freedman & Soloff, P.A.
One Flagler Building
14 N.E. 1st Avenue
Penthouse
Miami, Florida 33132
Tel: 305-375-8171
Fax: 305-381-7708
gfreedman@tfsmlaw.com