UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                              CASE NO. 13-14289 RBR
                                                    CHAPTER 11
THE FORT LAUDERDALE BRIDGE
CLUB, INC.,

        Debtor.
_____/

### CREDITOR, SAMUEL D. ROSEN'S, NOTICE OF RULE 7030 EXAMINATION DUCES TECUM OF STUART AMES

YOU WILL PLEASE TAKE NOTICE that on Tuesday, October 8, 2013, beginning at 1:30 p.m. (Eastern Standard Time) the undersigned will depose Stuart Ames at **Southern District Court Reporting, Inc., 216 S.E. 6 Street, Ft. Lauderdale, FL 33301,** before an Official Court Reporter, **Cindi Carparotta,** or any officer authorized to administer oaths by the laws of the State of Florida and pursuant to the Federal Bankruptcy Rules of Procedure which incorporates the Federal Rules of Civil Procedure, upon oral examination pursuant to Bankruptcy Rule 7030, for purposes of discovery and for use as evidence in this action, or for such other purposes as authorized under applicable statutes and/or rules of court. Such oral examination shall continue from hour to hour and from day to day until completed.

THE DEPONENTS ARE FURTHER REQUIRED AT THE COMMENCEMENT OF THEIR RESPECTIVE DEPOSITIONS TO PRODUCE FOR INSPECTION AND COPYING THE ORIGINALS OF ALL DOCUMENTS UPON WHICH THEY RELY IN SUPPORT OF THEIR CLAIMS FOR "INDEMNIFICATION" AND THE AMOUNTS THEREOF.



1

Page 2

Notice of Taking Deposition Stuart Ames

Dated: **September 18, 2013**

                    Respectfully submitted,

                    _____
                    Samuel D. Rosen
                    Creditor, Pro Se
                    10175 Collins Avenue
                    Apt. 502
                    Bal Harbour, Florida 33154
                    Cell (917) 974-7588

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via facsimile/email and/or U.S. Mail on Drew Dillworth, Esquire, and Gary Freedman, Esquire on the 18th day of September, 2013.

                                        SAMUEL D. ROSEN
                                        CREDITOR, PRO SE
                                        10175 Collins Avenue
                                        Apt. 502
                                        Bal Harbour, Florida 33154
                                        Tel.: Cell: 917-974-7588

By: _____
                                        Samuel D. Rosen

**SERVICE LIST**

**SERVED VIA U.S. MAIL**

**Drew M. Dillworth, Esquire**
Stearns Weaver Miller, et al
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida
Via email: ddillworth@stearnsweaver.com


**Gary M. Freedman, Esq.**
Tabas, Freedman & Soloff, P.A.
One Flagler Building
14 N.E. 1st Avenue
Penthouse
Miami, Florida 33132
Tel: 305-375-8171
Fax: 305-381-7708
gfreedman@tfsmlaw.com