

UNITED STATES BANKRUPCTY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

THE FORT LAUDERDALE
BRIDGE CLUB, INC.,

    Debtor.
_____/

Chapter 11
Case No. 13-14289-LMI

### CREDITOR SAMUEL D. ROSEN'S NOTICE OF COMPLETED BRIEFING RELATING TO MOTION TO WITHDRAW THE REFERENCE, AND OF RELATED ACTIONS

CREDITOR, SAMUEL D. ROSEN ("Rosen"), hereby gives notice that the briefing of the issues relating to the Motion to Withdraw the Reference is now complete and this matter is ready to be assigned to a District Court Judge. Rosen further gives notice that there are two (2) pending matters currently progressing before the District Court and arising out of the same bankruptcy, *Rosen v. Tabas,* Case No. 13-61984-RJR, , and *Rosen v. Tabas,* Case No. 13-61998-KMM. Rosen has previously submitted a Notice of Related Actions to the Clerk so that the Clerk is aware that the higher number appeal should perhaps be transferred to the same judge who is handling the lower numbered appeal. Likewise, Rosen suggest that perhaps this case should be assigned to the District Court Judge who is presiding over Case No. 13-61984-RJR.

Dated: October 15, 2013.

Respectfully submitted,

Samuel D. Rosen
Creditor, *Pro Se*
10175 Collins Avenue
Apt. 502
Bal Harbour, Florida 33154
Tel.: (305) 868-6096
Cell: (917) 974-7588

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via U.S. Mail with the Clerk of the Court and sent via Regular U.S. Mail to all parties who are not on the list to receive e-mail notification/service for this case on this 15th day of October 2013.

_____

Samuel D. Rosen, *Pro Se*
10175 Collins Ave., Apt. 502
Bal Harbor, FL 33154
Tel: (305) 868-6096
Cell: (917) 974-7588