CGFA3 (8/9/12)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 13–14289–LMI

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

The Fort Lauderdale Bridge Club, Inc.
dba Fort Lauderdale Bridge Club
700 NE Sixth Terr
Ft. Lauderdale, FL 33304

EIN: 59–0947504

## NOTICE OF DEFICIENCY RELATED TO FILING OF APPEAL

To:   Samuel D. Rosen

The U.S. District Court has GRANTED the Motion for Leave to Appeal. An appeal docketing fee of $293.00 is due.

**DATE DEFICIENCY MUST BE CORRECTED:  November 12, 2013**

**NOTICE IS HEREBY GIVEN THAT:**

Pursuant to the authority granted by Local Rule 87.4(b) of the United States District Court, this court shall dismiss this appeal if the above noted deficiency(ies) are not corrected on or before the date(s) indicated above for each deficiency.

**Dated: 10/28/13**                                **CLERK OF COURT**
                                                    By: Ellen Haas
                                                    Deputy Clerk (305) 714–1800

The clerk shall serve a copy of this notice on the Appellant and the Appellant's Attorney.