

ORDERED in the Southern District of Florida on February 3, 2014.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                          CASE NO.   13-14289-BKC-LMI

THE FORT LAUDERDALE                             Chapter 11
BRIDGE CLUB, INC.,

      Debtor.
_____/

### ORDER SETTING BRIEFING SCHEDULE
### ON SUPPLEMENT TO MOTION TO DISMISS

This matter came before the Court upon the Supplement to Motion to Dismiss (ECF #591) (the "Supplement") filed by the Creditor, Samuel D. Rosen.  The Court has determined that it is appropriate to consider the issues raised in the Supplement prior to consideration of the issues raised in the Motion to Dismiss (ECF #94), and to schedule deadlines in order to facilitate resolution of the issues raised in the Supplement, it is hereby,

**ORDERED** as follows:

1.    Should any party in interest choose to file a response to the Supplement, the deadline to do so is twenty-one (21) days from the date of this Order.  The response may not

exceed twenty (20) pages.

2. Should the Creditor choose to file a reply to the response(s), if any, the deadline to do so is fourteen (14) days from the date the response is filed. The reply may not exceed ten (10) pages.

3. If a party believes an evidentiary hearing is needed to resolve the issues raised in the Supplement, that party shall request such a hearing through a pleading that details the evidentiary matters the party believes are only necessary to resolve the matters raised in the Supplement. The Court, based on the pleadings, will determine whether to set the evidentiary hearing.

4. In the event no evidentiary hearing is scheduled, the Court will determine whether oral argument is necessary on the pleadings.

###

Copies furnished to:
Samuel D. Rosen, Pro Se Creditor
Douglas C. Broeker, Esq.
Thomas L. Abrams, Esq.
Gary M. Freedman, Esq.

*The Clerk of Court shall serve a copy of this order upon all parties in interest.*